ORIGINAL

RECEIVED
JUL 1 3 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

04-1145C

Plaintiff(s) or Petitioner(s) Leslie T. Gladstone, As Trustee of the William G. Tadlock, Inc. Bankruptcy Estate

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Richard J. Annen

Firm Name: Sparber Rudolph Annen, APLC

Post Office Box:

Street Address: 701 "B" Street, Suite 1000

City-State-Zip: San Diego, CA 92101-8109

Telephone & Facsimile Numbers: (619) 239-3600 / (619) 239-5601

E-mail address: rannen@sparberlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A V

**See attached Sheet for three digit code.**

Amount Claimed: $ 888,701

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003