IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LESLIE T. GLADSTONE, AS TRUSTEE OF THE WILLIAM G. TADBLOCK, INC. BANKRUPTCY ESTATE, | ) | |
| Plaintiff, | ) | No. 04-1144C |
| v. | ) | (Judge Nancy B. Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Leslie Cayer Ohta as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Leslie Cayer Ohta, Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

/s/ Leslie Cayer Ohta

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
(202) 307-1011
(202) 514-8624(Fax)
leslie.ohta@usdoj.gov

August 12, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2004, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Leslie Cayer Ohta