**No. 04-1145C**
**(Filed: September 2, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **LESLIE T. GLADSTONE, as** | * |
| **TRUSTEE of THE WILLIAM G.** | * |
| **TADLOCK, INC. BANKRUPTCY** | * |
| **ESTATE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

The above-captioned case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. On July 13, 2004, the Clerk of the Court issued a Notice of Designation informing attorneys of record that in order to file documents and receive service in CM/ECF, attorneys must have a CM/ECF account. The Notice further explained that a CM/ECF account login and password would be issued only to members of the United States Court of Federal Claims bar who have passed a certification test. Plaintiff's attorney shall have until **September 16, 2004**, to establish a CM/ECF account or the court will issue a show cause order asking why the case should not be dismissed for failure to prosecute. The Clerk's Office is directed to mail a copy of this order to plaintiff's attorney of record.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge