# In the United States Court of Federal Claims

Nos. 04-1144C & 04-1145C ADR Pilot
(Filed: September 17, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * *
LESLIE T. GLADSTONE, As Trustee
of the William G. Tadlock, Inc.
Bankruptcy Estate,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A preliminary ADR conference was held in both above captioned cases on Thursday, September 16, 2004. The court will contact the parties to schedule another ADR conference in approximately two months.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Nancy B. Firestone