ORIGINAL

# In the United States Court of Federal Claims

No. 04-1145C
(Filed: January 14, 2005)

FILED
JAN 1 4 2005
U.S. COURT OF FEDERAL CLAIMS

LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court hereby **SCHEDULES** a joint preliminary status conference for **Monday, January 24, 2005, at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (619) 239-3600; counsel for defendant at (202) 307-0252.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge