# In the United States Court of Federal Claims

**No. 04-1145C**
**(Filed: January 24, 2005)**

* * * * * * * * * * * * * * * * *

**LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Based on the January 24, 2005 Joint Preliminary Status Conference, the court hereby establishes the following discovery schedule:

| | |
|---|---|
| **Tuesday, March 1, 2005** | Exchange of documents; |
| **Monday, October 3, 2005** | Completion of fact discovery; |
| **Wednesday, November 2, 2005** | Exchange of expert reports; |
| **Wednesday, February 15, 2006** | Completion of all discovery. |

The court further **SCHEDULES** a status conference for **Tuesday, June 7, 2005, at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for the plaintiff at (619) 239-3600; counsel for the defendant at (202) 307-0252. The court will initiate the call.

**IT IS SO ORDERED.**

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink