IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LESLIE GLADSTONE, AS TRUSTEE OF WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE, | ) | |
| Plaintiff, | ) | 04-1145C (Judge Nancy B. Firestone) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY DEADLINE FOR THE PURPOSE OF TAKING DEPOSITIONS

Defendant respectfully requests the Court to enlarge the fact witness discovery deadline by about three and a half months, to, and including, January 15, 2006, for the purpose of taking depositions of fact witnesses. According to the current discovery schedule, fact witness discovery is to be completed by October 3, 2005, with all discovery to be completed by February 15, 2006. The requested extension should not affect the February 15, 2006, date. Plaintiff's counsel has indicated that he does not object to the granting of the motion.

Additional time is needed for the following reasons: defendant's counsel was recently transferred a case captioned Die Casters International v. United States, Fed. Cl. 04-1113C, that is set for trial commencing on November 14, 2005, before the Honorable Susan Braden. Since assuming responsibility for this matter in June 2005, defendant's counsel has retained a number of experts and consultants; has deposed, the president and sole owner of Die Casters; and has spent a week in Ukraine interviewing witnesses. Another ten day trip to Russia, Moldova, and Ukraine to interview additional witnesses is currently being planned for early September 2005. In addition, defendant's counsel is scheduled to spend a week in Vancouver, Washington, in August 2005, and a week in Spokane, Washington, in September 2005 conducting discovery in

the case captioned DeAtley Construction Company v. United States, Fed, C. 04-1052C, and has a cross-motion for summary judgment upon the administrative record due on October 3, 2005, in a bid protest pending before the Honorable Victor Wolski captioned Fort Carson Support Services v. United States, 05-674C.

For the reasons stated above, defendant respectfully requests the Court to enlarge the time to complete fact witness depositions by about three and a half months, to, and including, January 15, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

August 5, 2005

Attorneys for Defendant