# In the United States Court of Federal Claims

**No. 04-1145C**
**(Filed: August 23, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,** | * * * * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER AMENDING DISCOVERY DEADLINE**

Defendant's unopposed motion for an enlargement of fact discovery deadline for the purposes of taking depositions is **GRANTED**. Accordingly, fact discovery shall close by **January 15, 2006**. Deadline for the close of all discovery to be completed remains February 15, 2006.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink