# APPENDIX

# INDEX TO APPENDIX


| DOCUMENT | EXHIBIT |
|---|---|
| Contract Modifications, A00001 through A00017 | A |
| Tadlock's Impact Delay Cost Proposal dated February 19, 1999 | B |
| Tadlock's Impact Delay Cost Proposal dated March 15, 2000 | C |
| Gladstone's Certified Claim dated March 31, 2003 | D |
| Declaration of Joseph Angell | E |
| Declaration of Michael McGaw | F |

# EXHIBIT A

XXXXXXXXXXXXXXXXXXX. MODIFICATION OF CONTRACT

CONTRACT ID CODE: J

PAGE OF PAGES: 1 | 21

2. XXXXXXXXX/MODIFICATION NO.: A00001

3. EFFECTIVE DATE: See 16C

4. REQUISITION/PURCHASE REQ. NO.:

5. PROJECT NO. (IF APPLICABLE): P005

6. ISSUED BY — CODE

?C MIRAMAR
?: 52M3.kv
PO BOX 452004
SAN DIEGO CA 92145-2004

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) — CODE

Defense Finance & Accounting Service
Operating Location Oakland
Attn: Code FPV
P. O. Box 23870
Oakland, California 94623-3870

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE — FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/XXXXXXX NO.: N68711-94-C-1754

10B. DATED (SEE ITEM 13): 5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

ADMN

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/XXXXXX, IT MODIFIES THE CONTRACT/XXXXXXXX AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A FAR 0

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D: OTHER (Specify type of modification and authority)

**E: IMPORTANT:** Contractor [X] is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF XXXXXXXXX/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): K. Valentine, Contracting Officer

15B. CONTRACTOR/OFFEROR

(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY K Valentine
(Signature of Contracting Officer)

16C. DATE SIGNED: 5/1/98

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105



STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BLOCK 14. DESCRIPTION OF MODIFICATION

You are hereby directed to incorporate U.S. Department of Labor Wage Decision No. CA97001-10/17/1997 for **San Diego Count(ies)** with Modifications Nos. 0 through 7, which is attached hereto, and made a part of the contract. **The attached Wage Decision supersedes previous U.S. Department of Labor Wage Decisions** issued with the solicition, incorporated by Amendment 0001, and added by Modification P00001 dated 5 February 1998.

The contract price remains at $6,008,622.00 and the contract completion date remains unchanged at 22 March 1999.

Dist
Orig to file
Disbursing
Contractor

A00002

**XXXXXXXXXXXXXXXXXXX MODIFICATION OF CONTRACT**

| | | | | |
|---|---|---|---|---|
| 1. CONTRACT ID CODE: J | | | | PAGE OF PAGES: 1 / 2 |
| 2. XXXXXXXXX/MODIFICATION NO. A00002 | 3. EFFECTIVE DATE See 16C | 4. REQUISTITION/PURCHASE REQ. NO. 5/15/98 | | 5. PROJECT NO.(IF APPLICABLE) P005 |
| 6. ISSUED BY CODE | | 7. ADMINISTERED BY (IF OTHER THAN ITEM 6) CODE | | |
| ?C MIRAMAR<br>?: 52M3.kv<br>PO BOX 452004<br>SAN DIEGO CA 92145-2004 | | Defense Finance & Accounting Service<br>Operating Location Oakland<br>Attn: Code FPV<br>P. O. Box 23870<br>Oakland, California 94623-3870 | | |

8. NAME AND ADDRESS OF CONTRACTOR(No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE | FACILITY CODE

| (x) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/XXXXXXX. N68711-94-C-1754 |
| | 10B. DATED (SEE ITEM 13) 5 February 1998 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 1,608.65 SCON
RCP Number: NXX02598AL6334 FIPS Number:

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/XXXXXX, IT MODIFIES THE CONTRACT/XXXXXXXXAS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-04 CHANGES (AUG 1987) |
| | D: OTHER (Specify type of modification and authority) |

**E: IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF XXXXXXXXX/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, Enlisted Dining Facility P005, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) JERRY SILVA | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) K. Valentine Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR (signature) (Signature of person authorized to sign) | 15C. DATE SIGNED 5/15/98 | 16B. UNITED STATES OF AMERICA BY (signature) (Signature of Contracting Officer) | 16C. DATE SIGNED 5/18/98 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105 4

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BLOCK 14. DESCRIPTION OF MODIFICATION

The purpose of this modification is to reimburse the contractor one-half of the cost of the Partnering Workshop, which was held at commencement of construction.

PC #000001: Initial Partnering Meeting

As a result of the Modification agreed to herein, the total contract price is hereby increased by $1,608.65, from $6,008,622.00, to $6,010,230.65. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

A00003

XXXXXXXXXXXXXXXXXXXX MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 2 |

| 2. XXXXXXXXX MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISTITION/PURCHASE REQ. NO. | 5. PROJECT NO.(IF APPLICABLE) |
|---|---|---|---|
| A00003 | See 16C | | P005 |

6. ISSUED BY CODE

?C MIRAMAR
?: 52M0
PO BOX 452004
SAN DIEGO CA 92145-2004

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) CODE

Defense Finance & Accounting Service
Operating Location Oakland
Attn: Code FPV
P. O. Box 23870
Oakland, California 94623-3870

8. NAME AND ADDRESS OF CONTRACTOR(No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/XXXXXXX NO.
N68711-94-C-1754

10B. DATED (SEE ITEM 13)
5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 -18,656.00 CREQ
RCP Number: NX002598AL6334 FIPS Number:

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/XXXXXX, IT MODIFIES THE CONTRACT/XXXXXXXX AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-04 CHANGES (AUG 1987) |
| | D: OTHER (Specify type of modification and authority) |

E: IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF XXXXXXXXX/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| ?we Tadlock, V.P. | | K. Valentine<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature]<br>(Signature of person authorized to sign) | 7 AUG 98 | BY [signature]<br>(Signature of Contracting Officer) | 8/8/98 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

7

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BLOCK 14. DESCRIPTION OF MODIFICATION

As agreed to 5 August 1998, the following contract prices are complete equitable adjustment for the following:

PC #000002: Item #374 create a second opening in service counter; Item #230 add custom stainless steel worktable; Item #231 add custom wall shelf above table; Items #356, 373, 377 modify sneeze guard, pass shelf, and add 7 heat lamps; Item #335 add hot food box.

Add: $14,964

Delete Items #229 hot wells, #230 prep table, #231 wall shelf, #232 donut fryer, #233 hood, #236 fire suppression, #237 prep table, #238 wall shelf, #497 yogurt machine, #500 yogurt machine.

Del: <$33,620.00>

As a result of the Modification agreed to herein, the total contract price is hereby decreased by <$18,656.00>, from $6,010,230.65, to $5,991,574.65. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

A00004

XXXXXXXXXXXXXXXXXXXX MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 2

| 2. XXXXXXXX/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(IF APPLICABLE) |
|---|---|---|---|
| A00004 | See 16C | 8/11/98 | P005 |

6. ISSUED BY CODE

CC MIRAMAR
N: 52M0
PO BOX 452004
SAN DIEGO CA 92145-2004

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) CODE

Defense Finance & Accounting Service
Operating Location Oakland
Attn: Code FPV
P. O. Box 23870
Oakland, California 94623-3870

8. NAME AND ADDRESS OF CONTRACTOR(No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE | FACILITY CODE

(x)

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/XXXXXXX NO.
N68711-94-C-1754

10B. DATED (SEE ITEM 13)
5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ________copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 10,255.00 UNFO
RCP Number: NXX02598AL6334 FIPS Number:

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/XXXXXX, IT MODIFIES THE CONTRACT/XXXXXXXX AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-04 CHANGES (AUG 1987)

D: OTHER (Specify type of modification and authority)

**E: IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF XXXXXXXXX/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Steve Tadlock, Vice Pres. | | K. Valentine<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature]<br>(Signature of person authorized to sign) | 14AUG98 | BY [signature]<br>(Signature of Contracting Officer) | 8/17/98 |

N68711-94-C-1754
A00004


BLOCK 14. DESCRIPTION OF MODIFICATION

As negotiated on 7 August 1998, the parties hereto mutually agree to the following contract prices as complete equitable adjustment for the following:

PC #000005: Raise storm drain approximately 1'-2". RFI 9
Add: $1,571.00

PC #000013: Install 4" storm drain line not shown on contract Drawings. RFI 14 Add: $4,909.00

PC #000022: Enlarge, reinforce, and add heavy duty traffic cover for manhole in drive approach. RFI 83 Add: $3,775.00

As a result of the Modification agreed to herein, the total contract price is hereby increased by $10,255.00, from $5,991,574.65, to $6,001,829.65. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

A00005

XXXXXXXXXXXXXXXXXXXXXXXX MODIFICATION OF CONTRACT

CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 2

| 2. XXXXXXXXXX MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (IF APPLICABLE) |
|---|---|---|---|
| A00005 | See 16C | 8/14 | P005 |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY (IF OTHER THAN ITEM 6) CODE |
|---|---|
| C MIRAMAR<br>: 52M0<br>PO BOX 452004<br>SAN DIEGO CA 92145-2004 | Defense Finance & Accounting Service<br>Operating Location Oakland<br>Attn: Code FPV<br>P. O. Box 23870<br>Oakland, California 94623-3870 |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE | FACILITY CODE

| (x) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/XXXXXX NO. N68711-94-C-1754 |
| | 10B. DATED (SEE ITEM 13) 5 February 1998 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 3,798.00 VALE
RCP Number: NXX02598AL6334 FIPS Number:

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/XXXXXX, IT MODIFIES THE CONTRACT/XXXXXXXX AS DESCRIBED IN ITEM 14.

| (x) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.248-3 Value Engineering (MAR 1989) |
| | D: OTHER (Specify type of modification and authority) |

**E: IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF XXXXXXXXX/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, P005 Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| lliam G. Tadlock, President | | K. Valentine<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature]<br>(Signature of person authorized to sign) | 8/24/98 | BY [signature]<br>(Signature of Contracting Officer) | 8/26/98 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105



STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BLOCK 14. DESCRIPTION OF MODIFICATION

As negotiated on 13 August 1998, the parties hereto mutually agree to the following contract prices as complete equitable adjustment for the following:

PC #000007: Install two 8" valves/boxes in existing 8" water line.
RFI 15

As a result of the Modification agreed to herein, the total contract price is hereby increased by $3,798.00, from $6,001,829.65, to $6,005,627.65. The contract period of performance remains 22 March 1999.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

A00006

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 \| 2 |
| 2. AMENDMENT/MODIFICATION NO. | A00006 |
| 3. EFFECTIVE DATE | See 16C |
| 4. REQUISITION/PURCHASE REQ. NO. | 8/14 |
| 5. PROJECT NO.(IF APPLICABLE) | P005 |
| 6. ISSUED BY / CODE | ˉCC MIRAMAR<br>N: 52M0<br>PO BOX 452004<br>SAN DIEGO CA 92145-2004 |
| 7. ADMINISTERED BY (IF OTHER THAN ITEM 6) / CODE | Defense Finance & Accounting Service<br>Operating Location Oakland<br>Attn: Code FPV<br>P. O. Box 23870<br>Oakland, California 94623-3870 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | WM. G. TADLOCK, INCORPORATED<br>1565 Hillsmont Drive<br>El Cajon CA 92020 |
| CODE | |
| FACILITY CODE | |
| (x) 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MODIFICATION OF CONTRACT/ORDER NO. | N68711-94-C-1754 |
| 10B. DATED (SEE ITEM 13) | 5 February 1998 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 119.72 SCON
RCP Number: NXX02598AL6334 FIPS Number:

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-04 CHANGES (AUG 1987) |
| | D: OTHER (Specify type of modification and authority) |

**E: IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, P005 Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A NAME AND TITLE OF SIGNER (Type or print) | ..liam G. Tadlock, President |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | K. Valentine<br>Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | [signature] (Signature of person authorized to sign) |
| 15C. DATE SIGNED | 8/24/98 |
| 16B. UNITED STATES OF AMERICA | BY [signature] (Signature of Contracting Officer) |
| 16C. DATE SIGNED | 8/26/98 |

BLOCK 14. DESCRIPTION OF MODIFICATION

The purpose of this modification is to reimburse the contractor one-half of the cost of the Follow-on Partnering Workshop which, was held on 29 July 1998.

PC #000029: Follow-on Partnering Workshop.

As a result of the Modification agreed to herein, the total contract price is hereby increased by $119.72, from $6,005,627.65, to $6,005,747.37. The contract period of performance remains 22 March 1999.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

A00007

XXXXXXXXXXXXXXXXXXXXXXXX / MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 \| 2 |

| 2. XXXXXXXXX/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (IF APPLICABLE) |
|---|---|---|---|
| A00007 | See 16C | 8/19 | P005 |

6. ISSUED BY CODE

?C MIRAMAR
?: 52M0
PO BOX 452004
SAN DIEGO CA 92145-2004

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) CODE

Defense Finance & Accounting Service
Operating Location Oakland
Attn: Code FPV
P. O. Box 23870
Oakland, California 94623-3870

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE FACILITY CODE

(x)

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/XXXXX NO.
N68711-94-C-1754

10B. DATED (SEE ITEM 13)
5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 4,674.00 CREQ
RCP Number: NXX02598AL6334 FIPS Number:

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/XXXXX, IT MODIFIES THE CONTRACT/XXXXX NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-04 CHANGES (AUG 1987)

D: OTHER (Specify type of modification and authority)

**E: IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF XXXXXXXXX/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, P005 Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| lliam G. Tadlock, President | | K. Valentine Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature] (Signature of person authorized to sign) | 8/24/98 | BY [signature] (Signature of Contracting Officer) | 8/26/98 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

19

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BLOCK 14. DESCRIPTION OF MODIFICATION

As agreed to on 19 August 1998, the following contract price is complete equitable adjustment for the following:

PC #000028: Add stainless steel heat exchanger and burners for EC-1 through EC-6. Add: $4,674.00

As a result of the Modification agreed to herein, the total contract price is hereby increased by $4,674.00, from $6,005,747.37, to $6,010,421.37. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

A00008

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: A00008

3. EFFECTIVE DATE: See 16C

4. REQUISITION/PURCHASE REQ. NO.: 8/25

5. PROJECT NO. (IF APPLICABLE): P005

6. ISSUED BY — CODE:
?C MIRAMAR
?: 52M0
PO BOX 452004
SAN DIEGO CA 92145-2004

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) — CODE:
Defense Finance & Accounting Service
Operating Location Oakland
Attn: Code FPV
P. O. Box 23870
Oakland, California 94623-3870

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: N68711-94-C-1754

10B. DATED (SEE ITEM 13): 5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 3,187.00 EROM
RCP Number: NXX02598AL6334 FIPS Number:

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-04 CHANGES (AUG 1987)

D: OTHER (Specify type of modification and authority)

**E: IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, P005 Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Wm. G. Tadlock, pres.

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): K. Valentine, Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)

15C. DATE SIGNED: 8/26/98

16B. UNITED STATES OF AMERICA BY [signature: K. Valentine] (Signature of Contracting Officer)

16C. DATE SIGNED: 8/26/98

N68711-94-C-1754
A00008
Page 2 of 2

BLOCK 14. DESCRIPTION OF MODIFICATION

As agreed to on 24 August 1998, the following contract price is complete equitable adjustment for the following:

PC #000004: Tunnel under existing ductbank which interferes with other utilities and building footings. RFI 03

As a result of the Modification agreed to herein, the total contract price is hereby increased by $3,187.00, from $6,010,421.37, to $6,013,608.37. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

XMENDMENTXOFXSOLICITATION /MODIFICATION OF CONTRACT

| CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(IF APPLICABLE) |
|---|---|---|---|
| A00009 | See 16C | 9/18/98 | P005 |

6. ISSUED BY — CODE

CC MIRAMAR
ATTN: 52M0
PO BOX 452004
SAN DIEGO CA 92145-2004

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) — CODE

Defense Finance & Accounting Service
Operating Location Oakland
Attn: Code FPV
P. O. Box 23870
Oakland, California 94623-3870

8. NAME AND ADDRESS OF CONTRACTOR(No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE — FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.

N68711-94-C-1754

10B. DATED (SEE ITEM 13)

5 February 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 34,387.00 UNFO
RCP Number: NXX02598AL6334

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (x) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-04 CHANGES (AUG 1987) |
| | D: OTHER (Specify type of modification and authority) |

**E: IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, P005 Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | K. Valentine Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| Steve Erickson (Signature of person authorized to sign) | 9/21/98 | BY K Valentine (Signature of Contracting Officer) | 9/21/98 |

N68711-94-C-1754
A00009
Page 2 of 2

BLOCK 14. DESCRIPTION OF MODIFICATION

As agreed to on 26 August 1998 and confirmed on 17 September 1998, the contract price is complete equitable adjustment for the following:

PC #000003: Trackhoe costs to remove additional cemented material not indicated by boring logs shown on GT-I.

As a result of the Modification agreed to herein, the total contract price is hereby increased by $34,387.00, from $6,013,608.37, to $6,047,995.37. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Cy to:
Orig to file
Disbursing
Contractor

A00010

XXXXXXXXXXXXXXXXXXX. X/ MODIFICATION OF CONTRACT

| | | | | |
|---|---|---|---|---|
| 1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 \| 2 | | | |
| 2. XXXXXXXXXMODIFICATION NO.: A00010 | 3. EFFECTIVE DATE: See 16C | 4. REQUISITION/PURCHASE REQ. NO.: 9/25/98 | 5. PROJECT NO.(IF APPLICABLE): P005 | |

6. ISSUED BY CODE

'CC MIRAMAR
N: 52M0
PO BOX 452004
SAN DIEGO CA 92145-2004

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) CODE

Defense Finance & Accounting Service
Operating Location Oakland
Attn: Code FPV
P. O. Box 23870
Oakland, California 94623-3870

8. NAME AND ADDRESS OF CONTRACTOR(No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/XXXXXXX NO. N68711-94-C-1754

10B. DATED (SEE ITEM 13) 5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 7,023.00 UNFO
RCP Number: NXX02598AL6334

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTSXXXXXXX, IT MODIFIES THE CONTRACT/XXXXXXXXAS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-04 CHANGES (AUG 1987)

D: OTHER (Specify type of modification and authority)

**E: IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF XXXXXXXXX/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, P005 Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
K. Valentine
Contracting Officer

15B. CONTRACTOR/OFFEROR Steve Erickson
(Signature of person authorized to sign)

15C. DATE SIGNED 9/29/98

16B. UNITED STATES OF AMERICA BY K Valentine
(Signature of Contracting Officer)

16C. DATE SIGNED 9/29/98

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105 28

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

N68711-94-C-1754
A00010
Page 2 of 2

BLOCK 14. DESCRIPTION OF MODIFICATION

As negotiated on 21 September and 22 September 1998, the parties hereto mutually agree to the following contract prices as complete equitable adjustment for the following:

PC #000014: Reroute duct bank along Polaris Ave. RFI 25
Add: $1,891.00

PC #000019: Expand the limits of asphalt demo to run underground utilities. RFI 19 Add: $4,154.00

PC #000031: Add Duplex outlet and wiring for item 23, receiving scale. RFI 51 Add: $279.00

PC #000032: Change wiring and circuit breakers for refrigeration system. RFI 62 Add: $699.00

As a result of the Modification agreed to herein, the total contract price is hereby increased by $7,023.00, from $6,047,995.37, to $6,055,018.37. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

A00011

# XXXXXXXXXXXXXXXX / MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| CONTRACT ID CODE: J | PAGE OF PAGES: 1 \| 3 | | |
| 2. XXXXXXXXXXMODIFICATION NO.: A00011 | 3. EFFECTIVE DATE: See 16C | 4. REQUISTITION/PURCHASE REQ. NO.: 8 OCT 98 | 5. PROJECT NO.(IF APPLICABLE): P005 |
| 6. ISSUED BY / CODE: ꞆC MIRAMAR, Ꞇ: 52M0, PO BOX 452004, SAN DIEGO CA 92145-2004 | | 7. ADMINISTERED BY (IF OTHER THAN ITEM 6) / CODE: Defense Finance & Accounting Service, Operating Location Oakland, Attn: Code FPV, P. O. Box 23870, Oakland, California 94623-3870 | |

8. NAME AND ADDRESS OF CONTRACTOR(No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE | FACILITY CODE

(x) | 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X | 10A. MODIFICATION OF CONTRACT/XXXXX NO.: N68711-94-C-1754

10B. DATED (SEE ITEM 13): 5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 83,143.00 UNFO
RCP Number: NXX02598AL6334

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTSXXXXXX, IT MODIFIES THE CONTRACT/XXXXXXXAS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-04 CHANGES (AUG 1987) |
| | D: OTHER (Specify type of modification and authority) |

**E: IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF XXXXXXXXX/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, P005 Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print): illiam G. Tadlock, President | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): K. Valentine Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED: 10/15/98 | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED: 10/15/98 |

BLOCK 14. DESCRIPTION OF MODIFICATION

As negotiated on 21, 22, & 23 September 1998, the parties hereto mutually agree to the following contract prices as complete equitable adjustment for the following:

PC #000015: Additional 70 ft of 2-2 inch conduit for CATV. RFI 32
Add: $5,223.00

PC #000018: Remove hard pan and utilities discovered during excavation along Loadstar, Polaris, and Jupiter, and at manholes.
Add: $34,452.00

PC #000030: Additional wiring boxes and conduit not shown on drawings. RFI 43
Add: $2,528.00

PC #000033: Excavate and place slurry into footings, and haul off additional dirt from footings.
Add: $37,382.00

PC #000035: Lobby light revisions. RFI 60
Add: $3,558.00

As a result of the Modification agreed to herein, the total contract price is hereby increased by $83,143.00, from $6,055,018.37, to $6,138,161.37. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

N68711-94-C-1754

Page 3 of 3

## CONSENT OF SURETY

| 1. CONTRACT NUMBER | 2. MODIFICATION NUMBER | 3. DATED |
|---|---|---|
| N68711-94-C-1754 | A00013 | SEE SF 30 / BLK 16C |

The Surety (Co-Sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended.

| | | | |
|---|---|---|---|
| 4. INDIVIDUAL PRINCIPAL | a. BUSINESS ADDRESS | b. SIGNATURE<br>c. TYPED NAME AND TITLE: William G. Tadlock, President<br>d. DATE THIS CONSENT EXECUTED | (Affix Seal) |
| 5. CORPORATE PRINCIPAL | a. CORPORATE NAME AND BUSINESS ADDRESS<br>WM. G. TADLOCK, INC.<br>1565 HILLSMONT DRIVE<br>EL CAJON, CALIFORNIA 92020 | b. PERSON EXECUTING CONSENT (Signature) BY<br>c. TYPED NAME AND TITLE: William G. Tadlock, President<br>d. DATE THIS CONSENT EXECUTED: 10/15/98 | (Affix Corporate Seal) |

### 6. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)

The Principal or authorized representative shall execute this Consent of Surety with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joining venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

| | | | |
|---|---|---|---|
| A | a. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS<br>RELIANCE INSURANCE COMPANY<br>4275 EXECUTIVE SQUARE, SUITE 700<br>LA JOLLA, CALIFORNIA 92037 | b. PERSON EXECUTING CONSENT (Signature) BY<br>c. TYPED NAME AND TITLE: JAMES F. TEGHTMEYER, ATTORNEY-IN-FACT<br>d. DATE THIS CONSENT EXECUTED: 10/15/98 | (Affix Seal) |
| B | a. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | b. PERSON EXECUTING CONSENT (Signature) BY<br>c. TYPED NAME AND TITLE<br>d. DATE THIS CONSENT EXECUTED | (Affix Seal) |
| C | a. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | b. PERSON EXECUTING CONSENT (Signature) BY<br>c. TYPED NAME AND TITLE<br>d. DATE THIS CONSENT EXECUTED | (Affix Seal) |
| D | a. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | b. PERSON EXECUTING CONSENT (Signature) BY<br>c. TYPED NAME AND TITLE<br>d. DATE THIS CONSENT EXECUTED | (Affix Seal) |

(Add similar signature blocks on the back of this form if necessary for additional co-sureties)

Authorized for Local Reproduction
Previous edition not usable

STANDARD FORM 1414 (Rev. 10-83)
Prescribed by GSA, FAR (48 CFR) 53.228(i)

BOND NO. B 257 85 29



53-129

THE FACE ... DOCUMENT HAS A COLORED BACKGROUND ... WHITE PAPER

RELIANCE SURETY COMPANY
UNITED PACIFIC INSURANCE COMPANY

RELIANCE INSURANCE COMPANY
RELIANCE NATIONAL INDEMNITY COMPANY

ADMINISTRATIVE OFFICE, PHILADELPHIA, PENNSYLVANIA

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that RELIANCE SURETY COMPANY is a corporation duly organized under the laws of the State of Delaware, and that RELIANCE INSURANCE COMPANY and UNITED PACIFIC INSURANCE COMPANY, are corporations duly organized under the laws of the Commonwealth of Pennsylvania and that RELIANCE NATIONAL INDEMNITY COMPANY is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called "the Companies") and that the Companies by virtue of signature and seals do hereby make, constitute and appoint **James F. Teghtmeyer, of Bonita, California** their true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver for and on their behalf, and as their act and deed **any and all bonds and undertakings of suretyship** and to bind the Companies thereby as fully and to the same extent as if such bonds and undertakings and other writings obligatory in the nature thereof were signed by an Executive Officer of the Companies and sealed and attested by one other of such officers, and hereby ratifies and confirms all that their said Attorney(s)-in-Fact may do in pursuance hereof.

This Power of Attorney is granted under and by the authority of Article VII of the By-Laws of RELIANCE SURETY COMPANY, RELIANCE INSURANCE COMPANY, UNITED PACIFIC INSURANCE COMPANY, and RELIANCE NATIONAL INDEMNITY COMPANY which provisions are now in full force and effect, reading as follows:

ARTICLE VII - EXECUTION OF BONDS AND UNDERTAKINGS

1. The Board of Directors, the President, the Chairman of the Board, any Senior Vice President, any Vice President or Assistant Vice President or other officer designated by the Board of Directors shall have power and authority to (a) appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof, and (b) to remove any such Attorney(s)-in-Fact at any time and revoke the power and authority given to them.

2. Attorney(s)-in-Fact shall have power and authority, subject to the terms and limitations of the Power of Attorney issued to them, to execute deliver on behalf of the Company, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof. The corporate seal is not necessary for the validity of any bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof.

3. Attorney(s)-in-Fact shall have power and authority to execute affidavits required to be attached to bonds, recognizances, contracts of indemnity or other conditional or obligatory undertakings and they shall also have power and authority to certify the financial statement of the Company and to copies of the By-Laws of the Company or any article or section thereof.

This Power of Attorney is signed and sealed by facsimile under and by authority of the following resolution adopted by the Executive and Finance Committees of the Boards of Directors of Reliance Insurance Company, United Pacific Insurance Company and Reliance National Indemnity Company by Unanimous Consent dated as of February 28, 1994 and by the Executive and Financial Committee of the Board of Directors of Reliance Surety Company by Unanimous Consent dated as of March 31, 1994.

> "Resolved that the signatures of such directors and officers and the seal of the Company may be affixed to any such Power of Attorney or any certificates relating thereto by facsimile,and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such Power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company, in the future with respect to any bond or undertaking to which it is attached."

WITNESS WHEREOF, the Companies have caused these presents to be signed and their corporate seals to be hereto affixed, this **August 21, 1996.**

RELIANCE SURETY COMPANY
RELIANCE INSURANCE COMPANY
UNITED PACIFIC INSURANCE COMPANY
RELIANCE NATIONAL INDEMNITY COMPANY

Mark W. Alsup

STATE OF Washington }
COUNTY OF King } ss.

On this, **August 21, 1996**, before me, Janet Blankley, personally appeared **Mark W. Alsup**, who acknowledged himself to be the Vice President of the Reliance Surety Company, and the Vice President of Reliance Insurance Company, United Pacific Insurance Company, and Reliance National Indemnity Company and that as such, being authorized to do so, executed the foregoing instrument for the purpose therein contained by signing the name of the corporation by himself as its duly authorized officer.

In witness whereof, I hereunto set my hand and official seal.

JANET D BLANKLEY
NOTARY PUBLIC
COMMISSION EXPIRES 12-29-97
STATE OF WASHINGTON

Janet D Blankley
Notary Public in and for the State of Washington
Residing at Puyallup

I, **Robyn Layng**, Assistant Secretary of RELIANCE SURETY COMPANY, RELIANCE INSURANCE COMPANY, UNITED PACIFIC INSURANCE COMPANY, and RELIANCE NATIONAL INDEMNITY COMPANY do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this 15TH day of OCTOBER 19 98.

Assistant Secretary



THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of CALIFORNIA

County of SAN DIEGO

On 10/15/98 before me, NICKI EDWARDS, NOTARY PUBLIC,
DATE — NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared JAMES F. TEGHTMEYER,
NAME(S) OF SIGNER(S)

☒ personally known to me - OR - ☐ proved to me on the basis of satisfactory evidence to be the person(~~s~~) whose name(~~s~~) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.

CSC1
NICKI EDWARDS
COMM. #1131319
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
MARCH 25, 2001
CSC1

WITNESS my hand and official seal.

Nicki Edwards
SIGNATURE OF NOTARY

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

### CAPACITY CLAIMED BY SIGNER

☐ INDIVIDUAL
☐ CORPORATE OFFICER

__________________
TITLE(S)

☐ PARTNER(S) ☐ LIMITED ☐ GENERAL
☒ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: __________

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)
RELIANCE INSURANCE COMPANY

### DESCRIPTION OF ATTACHED DOCUMENT

__________________
TITLE OR TYPE OF DOCUMENT

__________________
NUMBER OF PAGES

__________________
DATE OF DOCUMENT

__________________
SIGNER(S) OTHER THAN NAMED ABOVE

A00012

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 2

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (IF APPLICABLE) |
|---|---|---|---|
| A00012 | See 16C | 8 OCT 98 | P005 |

6. ISSUED BY — CODE

CC MIRAMAR
N: 52M0
PO BOX 452004
SAN DIEGO CA 92145-2004

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) — CODE

Defense Finance & Accounting Service
Operating Location Oakland
Attn: Code FPV
P. O. Box 23870
Oakland, California 94623-3870

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE — FACILITY CODE

(x)

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
N68711-94-C-1754

10B. DATED (SEE ITEM 13)
5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 25,170.00 CREQ
RCP Number: NXX02598AL6334

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-04 CHANGES (AUG 1987)

D: OTHER (Specify type of modification and authority)

E: IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, P005 Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| William G. Tadlock, President | | K. Valentine<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature]<br>(Signature of person authorized to sign) | 10/15/98 | BY [signature]<br>(Signature of Contracting Officer) | 10/15/98 |

N68711-94-C-1754
A00012
Page 2 of 2

BLOCK 14. DESCRIPTION OF MODIFICATION

As negotiated on 22 September 1998, the parties hereto mutually agree to the following contract prices as complete equitable adjustment for the following:

PC #000010: Credit for 400 pair telephone cable and add 48 strands fiber cable. RFI 2 Add: $25,170.00

As a result of the Modification agreed to herein, the total contract price is hereby increased by $25,170.00, from $6,138,161.37, to $6,163,331.37. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

A00013

XXXXXXXXXXXXXXXXXX. MODIFICATION OF CONTRACT

| CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 \| 2 |

| 2. XXXXXXXXX MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(IF APPLICABLE) |
|---|---|---|---|
| A00013 | See 16C | 8 OCT 98 | P005 |

6. ISSUED BY CODE

'C MIRAMAR
.': 52M0
PO BOX 452004
SAN DIEGO CA 92145-2004

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) CODE

Defense Finance & Accounting Service
Operating Location Oakland
Attn: Code FPV
P. O. Box 23870
Oakland, California 94623-3870

8. NAME AND ADDRESS OF CONTRACTOR(No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/XXXXXXX NO.
N68711-94-C-1754

10B. DATED (SEE ITEM 13)
5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ________copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 19,858.00 EROM
RCP Number: NXX02598AL6334

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/XXXXXX, IT MODIFIES THE CONTRACT/XXXXXXXX AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-04 CHANGES (AUG 1987)

D: OTHER (Specify type of modification and authority)

E: IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF XXXXXXXXX/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, P005 Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Liam G. Tadlock, President | K. Valentine Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| [signature] (Signature of person authorized to sign) | 10/15/98 | BY [signature] (Signature of Contracting Officer) | 10/16/98 |

N68711-94-C-1754
A00013
Page 2 of 2

BLOCK 14. DESCRIPTION OF MODIFICATION

As agreed to on 18 September 1998, the following price is complete equitable adjustment for the following:

PC #000009: Add control joints in CMU. RFI 8
Add: $19,858.00

As a result of the Modification agreed to herein, the total contract price is hereby increased by $19,858.00, from $6,163,331.37, to $6,183,189.37. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

A00014

XXXXXXXXXXXXXXXXXXXXX/ MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 2

| 2. XXXXXXXXXXMODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISTITION/PURCHASE REQ. NO. | 5. PROJECT NO.(IF APPLICABLE) |
|---|---|---|---|
| A00014 | See 16C | 11/3/98 | P005 |

6. ISSUED BY CODE

?C MIRAMAR
?: 52M0
PO BOX 452004
SAN DIEGO CA 92145-2004

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) CODE

Defense Finance & Accounting Service
Operating Location Oakland
Attn: Code FPV
P. O. Box 23870
Oakland, California 94623-3870

8. NAME AND ADDRESS OF CONTRACTOR(No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/XXXXXXX NO. N68711-94-C-1754

10B. DATED (SEE ITEM 13) 5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 6,091.00 UNFO
RCP Number: NXX02598AL6334

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTSXXXXXX, IT MODIFIES THE CONTRACT/XXXXXXXAS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-04 CHANGES (AUG 1987)

D: OTHER (Specify type of modification and authority)

**E: IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF XXXXXXXXX/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, P005, Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
K. Valentine
Contracting Officer

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| Steve Erickson (Signature of person authorized to sign) | 11/4/98 | BY K Valentine (Signature of Contracting Officer) | 11/4/98 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105



STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

N68711-94-C-1754
A00014


BLOCK 14. DESCRIPTION OF MODIFICATION

As agreed to on 3 November 1998, the following contract price is complete equitable adjustment for the following:

PC #000011: Repair 8" water line, and encase shallow lines (water, storm, drain, etc) in concrete as needed. RFI 34

As a result of the Modification agreed to herein, the total contract price is hereby increased by $6,091.00, from $6,183,189.37, to $6,189,280.37. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

# XXXXXXXXXXXXXXXXXXXXXXXX/ MODIFICATION OF CONTRACT

CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 2

2. XXXXXXXXXX/MODIFICATION NO.: A00015
3. EFFECTIVE DATE: See 16C
4. REQUISTITION/PURCHASE REQ. NO.: 12/2/98
5. PROJECT NO.(IF APPLICABLE): P005

6. ISSUED BY — CODE
.C MIRAMAR
A..TN: 52M0
PO BOX 452004
SAN DIEGO CA 92145-2004

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) — CODE
Defense Finance & Accounting Service
Operating Location Oakland
Attn: Code FPV
P. O. Box 23870
Oakland, California 94623-3870

8. NAME AND ADDRESS OF CONTRACTOR(No., street, county, State and ZIP Code)
WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/XXXXXXX. N68711-94-C-1754

10B. DATED (SEE ITEM 13) 5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 7,244.00 UNFO
RCP Number: NXX02598AL6334

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTSXXXXXX, IT MODIFIES THE CONTRACT/XXXXXXXXAS DESCRIBED IN ITEM 14.

(x) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-04 CHANGES (AUG 1987)

D: OTHER (Specify type of modification and authority)

**E: IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF XXXXXXXXX/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
CONTRACT: N68711-94-C-1754, P005 Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

Description of this Modification continues on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
K. Valentine
Contracting Officer

15B. CONTRACTOR/OFFEROR
Steve Erickson
(Signature of person authorized to sign)

15C. DATE SIGNED 12/9/98

16B. UNITED STATES OF AMERICA
BY K Valentine
(Signature of Contracting Officer)

16C. DATE SIGNED 12/9/98

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105 46

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BLOCK 14. DESCRIPTION OF MODIFICATION

The parties hereto mutually agree to the following contract prices as complete equitable adjustment for the following:

PC #000016: Remove spoils left on contractor's laydown site area by others.

As a result of the Modification agreed to herein, the total contract price is hereby increased by $7,244.00, from $6,189,280.37, to $6,196,524.37. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor