IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LESLIE GLADSTONE, AS TRUSTEE OF WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE, | ) | |
| Plaintiff, | ) | 04-1145 C (Judge Nancy Firestone) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER AND COUNTERCLAIM TO PLAINTIFF'S COMPLAINT

For its answer to the complaint, defendant admits, denies and alleges as follows:

1.) The allegations contained in paragraph 1 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

## JURISDICTION

2.) The allegations contained in paragraph 2 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

3.) The allegations contained in the first sentence of paragraph 3 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied. Admits the allegations contained in 3.1 and 3.3 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations. The allegations contained in paragraph 3.2 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

4.) The allegations contained in paragraph 4 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

PARTIES

3[sic].) Admits the allegations contained in paragraph 3 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations. contained in paragraph 3

4[sic].) Admits the allegations contained in paragraph 4.

5.) Admits the allegations contained in paragraph 5 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6.) Admits the allegations contained paragraph 6 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7.) Admits the allegations contained in paragraph 7 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

8.). Admits the allegations contained in the paragraph 8 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 8.

9.) Admits the allegations contained in paragraph 9 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 9.

10.) Denies the allegations contained in the first sentence of paragraph 10. Admits the allegations contained in th second sentence of paragraph 10 to the extent supported by the

referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in the second sentence of paragraph 10. Denies the allegations contained in the third sentence of paragraph 10 for lack of knowledge or information sufficient to form a belief as to their truth.

11.) Denies the allegations contained in paragraph 11.

12.) Denies the allegations contained in paragraph 12.

13.) Denies the allegations contained in paragraph 13.

14.) Denies the allegations contained in paragraph 14 except to admit that the contract period had to be extended to the extent supported by the referenced document, which is the best evidence of its contents.

15.) Admits the allegations contained in paragraph 15 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 15.

16.) Denies the allegations contained in the first sentence of paragraph 16 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the second sentence of paragraph 16 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 16.

17.) Admits the allegations contained in paragraph 17 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 17.

18.) Admits the allegations contained in paragraph 18 to the extent supported by the

referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 18.

19.) Admits the allegations contained in the first sentence of paragraph 19 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 19. Denies the allegations contained in the second and third sentences of paragraph 19 for lack of knowledge or information sufficient to form a belief as to their truth.

20.) Admits the allegations contained in the first sentence of paragraph 20 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 20. Denies the allegations contained in the second sentence of paragraph 20 for lack of knowledge or information sufficient to form a belief as to their truth.

21.) Admits the allegations contained in the first sentence of paragraph 21 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 21. Denies the allegations contained in the second sentence of paragraph 21 for lack of knowledge or information sufficient to form a belief as to their truth.

22.) Admits the allegations contained in paragraph 22 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 22.

23.) Denies the allegations contained in paragraph 23.

24.) Admits the allegations contained in paragraph 24 to the extent supported by the

referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 24.

25.) Admits the allegations contained in the first sentence of paragraph 25 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 25. Admits the allegations contained in the second sentence of paragraph 25.

26.) Admits the allegations contained in the first sentence of paragraph 26 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 26.

27.) Denies the allegations contained in paragraph 27 for lack of knowledge or information sufficient to form a belief as to their truth.

28.) Admits the allegations contained in paragraph 28 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 28.

29.) Admits the allegations contained in paragraph 29 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 29.

30.) Denies the allegations contained in paragraph 30 for lack of knowledge or information sufficient to form a belief as to their truth.

31.) Admits the allegations contained in the first sentence of paragraph 31 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 31. Denies the allegations

contained in the second sentence of paragraph 31 for lack of knowledge or information sufficient to form a belief as to their truth.

32.) Denies the allegations contained in the first sentence of paragraph 32 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the second sentence of paragraph 32 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 32.

33.) Denies the allegations contained in paragraph 33 for lack of knowledge or information sufficient to form a belief as to their truth.

34.) Admits the allegations contained in the first sentence of paragraph 34 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 34. Denies the allegations contained in the second sentence of paragraph 34 for lack of knowledge or information sufficient to form a belief as to their truth.

35.) Admits the allegations contained in paragraph 35 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 35.

36.) Admits the allegations contained in paragraph 36 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 36.

37.) Denies the allegations contained in the first, second, and third sentences of paragraph 37 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the

allegations contained in the fourth sentence of paragraph 37 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in the fourth sentence of paragraph 37.

38.) Admits the allegations contained in paragraph 38 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 38.

39.) Admits the allegations contained in paragraph 39 to the extent supported by the contract modification covering the work described, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 39.

40.) Admits the allegations contained in the first sentence of paragraph 40 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 40. Denies the allegations contained in the second sentence of paragraph 40 for lack of knowledge or information sufficient to form a belief as to their truth.

41.) Admits the allegations contained in paragraph 41 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 41.

42.) Admits the allegations contained in paragraph 42 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 42.

43.) Admits the allegations contained in the first and second sentences of paragraph 43 to the extent supported by the referenced document, which is the best evidence of its contents;

otherwise denies the allegations contained in the first sentence of paragraph 43. Denies the allegations contained in the third sentence of paragraph 43 for lack of knowledge or information sufficient to form a belief as to their truth.

44.) Admits the allegations contained in paragraph 44 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 44.

45.) Admits the allegations contained in paragraph 45 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 45.

46.) Denies the allegations contained in paragraph 46 for lack of knowledge or information sufficient to form a belief as to their truth.

47.) Admits the allegations contained in paragraph 47 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 47.

48.) Admits the allegations contained in paragraph 48 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 48.

49.) Denies the allegations contained in paragraph 49 for lack of knowledge or information sufficient to form a belief as to their truth.

50.) Denies the allegations contained in the paragraph 50 for lack of knowledge or information sufficient to form a belief as to their truth.

51.) Admits the allegations contained in paragraph 51 to the extent supported by the

referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 51.

52.) Admits the allegations contained in paragraph 52 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 52.

53.) Admits the allegations contained in paragraph 53 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 53.

54.) Denies the allegations contained in paragraph 54.

55.) Denies the allegations contained in paragraph 55.

56.) Admits the allegations contained in paragraph 56 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 56.

57.) Admits the allegations contained in paragraph 57 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 57.

58.) Admits the allegations contained in paragraph 58 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 58.

59.) Admits the allegations contained in paragraph 59 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 59.

60.) Admits the allegations contained in paragraph 60 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 60.

61.) Admits the allegations contained in paragraph 61 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 61.

62.) Admits the allegations contained in the first and second sentences of paragraph 62 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in the first and second sentences of paragraph 62. Denies the allegations contained in the third and fourth sentences of paragraph 62 for lack of knowledge or information sufficient to form a belief as to their truth.

63.) Denies the allegations contained in paragraph 63.

64.) Denies the allegations contained in paragraph 64 for lack of knowledge or information sufficient to form a belief as to their truth.

65.) Denies the allegations contained in paragraph 65 for lack of knowledge or information sufficient to form a belief as to their truth.

66.) Admits the allegations contained in paragraph 66 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 66.

67.) Admits the allegations contained in paragraph 67 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 67.

68.) Admits the allegations contained in the first and third sentences of paragraph 68 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 68. Denies the allegations contained in the second sentence of paragraph 68 for lack of knowledge or information sufficient to form a belief as to their truth.

69.) Admits the allegations contained in paragraph 69 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 69.

70.) Admits the allegations contained in the first sentence of paragraph 70 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 70. Denies the allegations contained in the second sentence of paragraph 70.

71.) Denies the allegations contained in paragraph 71 for lack of knowledge or information sufficient to form a belief as to their truth.

72.) Admits the allegations contained in paragraph 72 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 72.

73.) Admits the allegations contained in paragraph 73 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 73.

74.) Admits the allegations contained in paragraph 74 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations

contained in paragraph 74.

75.) Admits the allegations contained in paragraph 75.

76.) Admits the allegations contained in paragraph 76 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 76.

77.) Admits the allegations contained in paragraph 77 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 77.

78.) Admits the allegations contained in paragraph 78 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 78.

79.) Denies the allegations contained in paragraph 79 for lack of knowledge or information sufficient to form a belief as to their truth.

80.) Denies the allegations contained in paragraph 80 for lack of knowledge or information sufficient to form a belief as to their truth.

81.) Admits the allegations contained in paragraph 81 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 81.

82.) Admits the allegations contained in the first sentence of paragraph 82 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 82. Denies the allegations contained in the second sentence of paragraph 82.

83.) Admits the allegations contained in paragraph 83 pertaining to the field notes to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 83.

84.) Denies the allegations contained in paragraph 84 for lack of knowledge or information sufficient to form a belief as to their truth.

85.) Denies the allegations contained in the first and second sentences of paragraph 85 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the third sentence of paragraph 85 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the third sentence of paragraph 85.

86.) Denies the allegations contained in paragraph 86 for lack of knowledge or information sufficient to form a belief as to their truth.

87.) Admits the allegations contained in paragraph 87 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 87.

88.) Denies the allegations contained in the first, third, fourth and fifth sentences of paragraph 88 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the second sentence of paragraph 88.

89.) Admits the allegations contained in the first sentence of paragraph 89 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 89. Denies the allegations contained in the second sentence of paragraph 89 for lack of knowledge or information sufficient to form a belief as to

their truth.

90.) Admits the allegations contained in the first and second sentences of paragraph 90 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first and second sentences of paragraph 90. Denies the allegations contained in the third sentence of paragraph 90.

91.) Admits the allegations contained in paragraph 91 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 91.

92.) Admits the allegations contained in Paragraph 92 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in Paragraph 92.

93.) Denies the allegations contained in paragraph 93 for lack of knowledge or information sufficient to form a belief as to their truth.

94.) Denies the allegations contained in paragraph 94.

95.) Admits the allegations contained in paragraph 95 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 95.

96.) Admits the allegations contained in the first sentence of paragraph 96 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in the first sentence of paragraph 96. Denies the allegations contained in the second sentence of paragraph 96.

97.) Admits the allegations contained in paragraph 97 to the extent supported by the document

cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 97.

98.) Admits the allegations contained in the first sentence of paragraph 98 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 98. Denies the allegations contained in the second sentence of paragraph 98 for lack of knowledge or information sufficient to form a belief as to their truth.

99.) Admits the allegations contained in the first and second sentences of paragraph 99 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first and second sentences of paragraph 99. Denies the allegations contained in the third sentence of paragraph 99.

100.) Admits the allegations contained in the first and second sentences of paragraph 100 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in the first and second sentences of paragraph 100. Denies the allegations contained in the third sentence of paragraph 100 for lack of knowledge or information sufficient to form a belief as to their truth.

101.) Admits the allegations contained in paragraph 101 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 101.

102.) Admits the allegations contained in paragraph 102 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 102.

103.) Admits the allegations contained in Paragraph 103 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 103.

104.) Admits the allegations contained in paragraph 104 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 104.

105.) Admits the allegations contained in paragraph 105 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 105.

106.) Admits the allegations contained in paragraph 106 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 106.

107.) Admits the allegations contained in paragraph 107 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 107.

108.) Admits the allegations contained in paragraph 108 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 108.

109.) Admits the allegations contained the first, second and third sentences in paragraph 109, to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in the first, second and third sentences of paragraph 109.) Denies the allegations contained in the fourth sentence of paragraph 109 for lack of

knowledge or information sufficient to form a belief as to their truth.

110.) Denies the allegations contained in paragraph 110.

111.) Admits the allegations contained in paragraph 111 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 111.

112.) Admits the allegations contained in paragraph 112 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 112.

113.) Admits the allegations contained in paragraph 113 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 113.

114.) Admits the allegations contained in the first sentence of paragraph 114 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 114. Denies the allegations contained in the second sentence of paragraph 114.

115.) Admits the allegations contained in the first sentence of paragraph 115 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 115. Denies the allegations contained in the second sentence of paragraph 115.

116.) Admits the allegations contained in paragraph 116 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 116.

117.) Admits the allegations contained in paragraph 117 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 117.

118.) Admits the allegations contained in paragraph 118 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 118.

119.) Admits the allegations contained in paragraph 119 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 119.

120.) Admits the allegations contained in paragraph 120 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 120.

121.) Admits the allegations contained in paragraph 121 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 121.

122.) Admits the allegations contained in paragraph 122 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 122.

123.) Admits the allegations contained in paragraph 123 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 123.

124.) Admits the allegations contained in paragraph 124 to the extent supported by the

documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 124.

125.) Admits the allegations contained in paragraph 125 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 125.

126.) Admits the allegations contained in paragraph 126 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 126.

127.) Admits the allegations contained in paragraph 127 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 127.

128.) Admits the allegations contained in paragraph 128 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 128.

129.) Admits the allegations contained in paragraph 129 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 129.

130.) Admits the allegations contained in paragraph 130 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 130.

131.) Admits the allegations contained in paragraph 131 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations

contained in paragraph 131.

132.) Admits the allegations contained in paragraph 132 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 132.

133.) Admits the allegations contained in the first sentence of paragraph 133 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 133. Denies the allegations contained in the second sentence of paragraph 133 for lack of knowledge or information sufficient to form a belief as to their truth.

134.) Admits the allegations contained in paragraph 134 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 134.

135.) Admits the allegations contained in paragraph 135 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 135.

136.) Admits the allegations contained in the first sentence of paragraph 136 to the extent support bythe referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 136. Denies the allegations contained in the second sentence of paragraph 136.

137.) Admits the allegations contained in the first sentence of paragraph 137 to the extent support by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 137. Denies the allegations contained

in the second sentence of paragraph 137.

138.) Admits the allegations contained in paragraph 138 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 138.

139.) Admits the allegations contained in paragraph 139 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 139.

140.) Admits the allegations contained in paragraph 140 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 140.

141.) Denies the allegations contained in paragraph 141.

142.) Admits the allegations contained in the first and second sentences of paragraph 142 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first and second sentences paragraph 142. Denies the allegations contained in the third sentence of paragraph 142.

143.) Denies the allegations contained in paragraph 143 for lack of knowledge or information sufficient to form a belief as to their truth.

144.) Denies the allegations contained in paragraph 144 for lack of knowledge or information sufficient to form a belief as to their truth.

145.) Admits the allegations contained in paragraph 145 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 145.

146.) Denies the allegations contained in paragraph 146 for lack of knowledge or information sufficient to form a belief as to their truth.

147.) Denies the allegations in the first sentence of paragraph 147 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the second sentence of paragraph 147.

148.) Denies the allegations contained in paragraph 148.

149.) Admits the allegations contained in the first sentence of paragraph 149 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 149. Denies the allegations contained in the second sentence in paragraph 149 for lack of knowledge or information sufficient to form a belief as to their truth.

150.) Admits the allegations contained in paragraph 150 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 150.

151.) Denies the allegations in paragraph 151 for lack of knowledge or information sufficient to form a belief as to their truth.

152.) Admits the allegations contained in paragraph 152 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 152.

153.) Admits the allegations contained in paragraph 153 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 153.

154.) Admits the allegations contained in paragraph 154 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 154.

155.) Admits the allegations contained in the first sentence of paragraph 155 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 155. Denies the allegations contained in the second sentence of Paragraph 155.

156.) Admits the allegations contained in paragraph 156 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 156.

157.) Denies the allegations contained in paragraph 157 for lack of knowledge or information sufficient to form a belief as to their truth.

158.) Admits the allegations contained in paragraph 158 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 158.

159.) Denies the allegations contained in paragraph 159.

160.) Admits the allegations contained in paragraph 160 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 160.

161.) Denies the allegations contained in paragraph 161.

162.) Denies the allegations contained in paragraph 162 for lack of knowledge or information sufficient to form a belief as to their truth.

163.) Denies the allegations contained in paragraph 163 for lack of knowledge or information sufficient to form a belief as to their truth.

164.) Admits the allegations contained in paragraph 164 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 164.

165.) Admits the allegations contained in paragraph 165 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 165.

166.) Denies the allegations contained in paragraph 166.

167.) Denies the allegations contained in paragraph 167.

168.) Admits the allegations contained in paragraph 168 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 168.

169.) Admits the allegations contained in paragraph 169 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 169.

170.) Denies the allegations contained in paragraph 170 for lack of knowledge or information sufficient to form a belief as to their truth.

171.) Denies the allegations contained in paragraph 171 for lack of knowledge or information sufficient to form a belief as to their truth.

172.) Admits the allegations contained in paragraph 172, to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the

allegations contained in the first part of the first sentence of paragraph 172.

173.) Admits the allegations contained in paragraph 173 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 173.

174.) Denies the allegations contained in paragraph 174 for lack of knowledge or information sufficient to form a belief as to their truth.

175.) Denies the allegations contained in paragraph 175 for lack of knowledge or information sufficient to form a belief as to their truth.

176.) Denies the allegations contained in paragraph 176.

177.) Admits the allegations contained in paragraph 177.

178.) Admits the allegations contained in paragraph 178 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 178.

179.) Admits the allegations contained in paragraph 179 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 179.

180.) Admits the allegations contained in Paragraph 180 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 180.

181.) Admits the allegations contained in paragraph 181 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 181.

182.) Admits the allegations contained in paragraph 182 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 182.

183.) Denies the allegations contained in paragraph 183 for lack of knowledge or information sufficient to form a belief as to their truth.

184.) Admits the allegations contained in paragraph 184 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 184.

185.) Denies the allegations contained in paragraph 185 for lack of knowledge or information sufficient to form a belief as to their truth.

186.) Admits the allegations contained in paragraph 186 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 186.

187.) Denies the allegations contained in paragraph 187.

188.) Admits the allegations contained in paragraph 188 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 186.

189.) Denies the allegations contained in paragraph 189 for lack of knowledge or information sufficient to form a belief as to their truth.

190.) Admits the allegations contained in paragraph 190 to the extent supported by the referenced documents, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 190.

191.) The allegations contained in paragraph 191 are conclusions of law to which no response isrequired; to the extent they may be deemed allegations of fact, they are denied.

192.) Denies the allegations contained in paragraph 192.

193.) Admits the allegations contained in paragraph 193 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 193.

194.) Admits the allegations contained in paragraph 194 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 194.

195.) Admits the allegations contained in paragraph 195 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 195.

196.) The allegations contained in paragraph 196 are Plaintiff's conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

197.) The allegations contained in paragraph 197 are Plaintiff's conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

198.) Denies the allegations contained in paragraph 198.

199.) Denies the allegations contained in paragraph 199.

200.) Denies the allegations contained in paragraph 200.

201.) Denies the allegations contained in paragraph 201.

202.) Denies the allegations contained in paragraph 202.

203.) The Government responds by referencing and reasserting its answers to paragraphs 1

through 202.

204.) The allegations contained in paragraph 204 are Plaintiff's conclusions of law, to which no response is required.

205.) The allegations contained in paragraph 205 are Plaintiff's conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

206.) Denies the allegations contained in paragraph 206.

207.) Denies the allegations contained in paragraph 207.

208.) Denies the allegations contained in paragraph 208.

209.) Defendant denies each and every allegation not previously admitted or denied.

210.) Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 208, or to any relief whatsoever.

DEFENDANT'S COUNTERCLAIM

211. This counterclaim arises out of the same subject matter as complained of by the plaintiff in its complaint. Jurisdiction for this counterclaim is provided by 28 U.S.C. §§ 1503 and 2508.

212. Liquidated damages specified in the contract were $ 3,700 for each day of delay past the contract completion date.

213. The project completion was delayed by 106 days.

214. By unilateral modification 33, dated March 23, 1999, the contracting officer assessed liquidated damages against Tadlock in the amount of $392,200 for 106 days of delay. The contacting officer withheld from payment $109,376, the amount remaining on the contract.

215. By decision dated July 2, 2005, the contracting officer found that the government was due $282,824 for the assessed but uncollected liquidated damages. The contracting officer

specifically noted that the decision was not a demand for payment but was being issued to establish the Government's entitlement to the uncollected amount of the assessed liquidated damages.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

September 13, 2005

Attorneys for Defendant