**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**LESLIE T. GLADSTONE, AS TRUSTEE OF THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,**

**Plaintiff,**

**vs.**

**UNITED STATES OF AMERICA,**

**Defendant.**

No. 04-1145C
(Judge Nancy B. Firestone)
(ADR Senior Judge Bruggink)

# Declaration of Richard J. Annen, Esq. in Support of Opposition to Defendant's Motion for Leave to File Amended Answer

I, Richard J. Annen, hereby declare:

1. I am a partner of the law firm of Sparber Rudolph Annen, APLC, attorneys of record for plaintiff Leslie T. Gladstone, as Trustee of the William G. Tadlock, Inc. Bankruptcy Estate. I am admitted to practice in the United States Court of Federal Claims. I have personal knowledge of the facts set forth herein, except where stated on information and belief, which matters I believe to be true, and if called as a witness, could and would competently testify thereto.

2. Lodged as **Exhibit "A"** to Plaintiff's Notice of Lodgment of Exhibits in Support of Opposition to Defendant's Motion for Leave to File Amended Answer is a true and complete copy of a letter dated April 28, 1999, to Wm. G. Tadlock Incorporated from Stephen K. Revelas, Project Engineer, Department of the Navy.

3. Lodged as **Exhibit "B"** to Plaintiff's Notice of Lodgment of Exhibits in Support of Opposition to Defendant's Motion for Leave to File Amended Answer is a true and complete copy of a letter dated June 1, 1999, to Wm. G. Tadlock Incorporated from Stephen K. Revelas, Project Engineer, Department of the Navy.

4. Lodged as **Exhibit "C"** to Plaintiff's Notice of Lodgment of Exhibits in Support of Opposition to Defendant's Motion for Leave to File Amended Answer is a true and complete copy of a letter dated August 17, 1999, to Wm. G. Tadlock Incorporated from K. Valentine, Contracting Officer, Department of the Navy.

5. Lodged as **Exhibit "D"** to Plaintiff's Notice of Lodgment of Exhibits in Support of Opposition to Defendant's Motion for Leave to File Amended Answer is a true and complete copy of a Memorandum to File dated December 7, 1999, from Stephen K. Revelas, Project Engineer, Department of the Navy.

6. Lodged as **Exhibit "E"** to Plaintiff's Notice of Lodgment of Exhibits in Support of Opposition to Defendant's Motion for Leave to File Amended Answer is a true and complete copy

of a Memorandum to File dated December 27, 1999, from Stephen K. Revelas, Project Engineer, Department of the Navy.

7. Lodged as **Exhibit "F"** to Plaintiff's Notice of Lodgment of Exhibits in Support of Opposition to Defendant's Motion for Leave to File Amended Answer is a true and complete copy of a letter dated February 29, 2000, to Wm. G. Tadlock Incorporated from J.A. Angell, II, Department of the Navy.

8. Lodged as **Exhibit "G"** to Plaintiff's Notice of Lodgment of Exhibits in Support of Opposition to Defendant's Motion for Leave to File Amended Answer is a true and complete copy of a Modification of Contract dated May 2, 2001.

9. Lodged as **Exhibit "H"** to Plaintiff's Notice of Lodgment of Exhibits in Support of Opposition to Defendant's Motion for Leave to File Amended Answer is a letter dated January 26, 2002 from Paul J. Kennedy, Special Assistant for Claims, to Wm. G. Tadlock Incorporated.

10. Lodged as **Exhibit "I"** to Plaintiff's Notice of Lodgment of Exhibits in Support of Opposition to Defendant's Motion for Leave to File Amended Answer is correspondence dated September 30, 2005 from Sparber Rudolph Annen, APLC, counsel for the Trustee, to Leslie Cayer Ohta, Esq., counsel for the Government, with exhibit.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct.

Executed September 30, 2005, at San Diego, California.

/s/ Richard J. Annen
Richard J. Annen, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2005, a copy of the foregoing Declaration of Richard J. Annen, Esq. in Support of Opposition to Defendant's Motion for Leave to File Amended Answer was filed electronically. I understand that notice of this filing will be sent to all parties of the record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard J. Annen