IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LESLIE T. GLADSTONE, AS TRUSTEE OF THE WILLIAM G. TADBLOCK, INC. BANKRUPTCY ESTATE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1145C (Judge Nancy B. Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests an enlargement of time of time, to and including October 21, 2005, within which to file our reply to plaintiff's opposition to our motion for partial summary judgment. Our reply is currently due on October 14, 2005. This is our first request for an enlargement of time for this purpose. Counsel for both parties have discussed this motion, and plaintiff's counsel has indicated that there is no objection to the granting of this motion.

Defendant requests this enlargement of time because additional time is needed to consult with the agency and the Government's experts regarding our response and to assemble our appendix. Due to prior commitments of the Government's experts and agency personnel and because Government counsel must leave to take a deposition in New York on October 14, 2005, in a matter that is set for trial on November 14, 2005, there is insufficient time to prepare our filings for filing on October 14, 2005.

For the foregoing reasons, it is respectfully requested that the Court grant our motion and permit the filing of our reply on or before October 21, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

October 13, 2005

Attorneys for Defendant