# In the United States Court of Federal Claims

**No. 04-1145C**
**(Filed: October 14, 2005)**

* * * * * * * * * * * * * * * * *

**LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Defendant's unopposed motion, filed October 13, 2005, for an enlargement of time within which to file its reply in support of its motion for partial summary judgment is **GRANTED**. Accordingly, defendant shall file its reply brief by **Friday, October 21, 2005**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink