# In the United States Court of Federal Claims

**No. 04-1145C**
**(Filed: October 14, 2005)**

* * * * * * * * * * * * * * * * *

**LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER AMENDING DISCOVERY DEADLINE**

Defendant's unopposed motion, filed October 13, 2005, for an enlargement of time of the current discovery deadlines is **GRANTED**. Accordingly, the discovery deadlines are as follows:

| | |
|---|---|
| **January 15, 2006** | Close of fact discovery |
| **February 14, 2006** | Exchange of expert reports |
| **March 31, 2006** | Deadline to complete expert depositions |

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink