# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 03/30/98

CONTRACT NO.: 8744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO.: 012

CONTRACTOR: William G. Tadlock Construction

SUPERINTENDENT: WM. SCOTT TADLOCK

AM WEATHER: FAIR | PM WEATHER: FAIR | MAX TEMP: 70°F | MIN TEMP: 60 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DISCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISOR JOBSITE | W G T | 2 | Supt. | 16 |
| | W G T | | Labor | |
| | | | | |
| | | | | |
| | | | | |
| ATTEMPTED COMPACTION | DAVIS | 1 | PLUMBER | 8 |
| PUMPING RAIN WATER OFF SITE | DAVIS | 1 | APRENTICE | 8 |
| | | | OPERATOR | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? YES (NO)
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE YES (NO)
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE ? YES (NO)
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT ? YES (NO)
(If YES attach discription of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 32

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 408

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 440

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

YES — SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECIEVED TODAY TO BE INCORPERATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

| | |
|---|---|
| BACKHOE (FORD) | 0 HOURS |
| BACKHOE (416) | 8 HOURS |
| CAT 245 | 0 HOURS |
| FORKLIFT | 1 HOUR |

REMARKS

PLUMBING SUBCONTRACTOR STOPPED BACKFILL AND COMPACTION EFFORTS DUE TO HIGH MOISTURE CONTENT.
.E PERFORMED MOISTURE AND DENSITY TESTING.
.CCELERATED ELEC. STORAGE CONTAINER REMOVED FROM SITE TODAY.

[signature] CONTRACTOR / SUPERINTENDENT

03/31/98 DATE

FORM 01400.1 6/91

SHEET OF

GLADSTONE II D011246

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 3-30-98

CONTRACT NO.: 744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO.: 12

CONTRACTOR: William G. Tadlock Construction

SUPERINTENDENT:

AM WEATHER: Clear

PM WEATHER: Clear

MAX TEMP: 65 °F

MIN TEMP: 60 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DISCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| Supervise Jobsite | WGT | 2 | Supt / CQC | 16 |
| | WGT | | Labor | |
| | WGT | | Carpenter | |
| | WGT | | Operator | |
| | | | | |
| Attempted Compaction | Davis | 1 | Plumber | 8 |
| Pumping rain water off site | Davis | 1 | P. Apprentice | 8 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## JOB SAFETY

| | | |
|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE ? (If YES attach copy of meeting minutes) | YES | NO (circled) |
| WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE ? (If YES attach copy of completed OSHA report) | YES | NO (circled) |
| WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE ? (If YES attach copy of checklist showing inspection performed) | YES | NO (circled) |
| WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT ? (If YES attach description of incident and proposed) | YES | NO (circled) |

| | |
|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DAY | 32 0 |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 4108 0 |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 4440 0 |

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

Yes — SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECIEVED TODAY TO BE INCORPERATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

| | |
|---|---|
| BACK HOE (FORD) | 0 |
| BACK HOE (416) | 8 |
| CAT 245 | 0 |
| FORK LIFT | 1 |

REMARKS

Plumbing Subcontractor stopped back-fill + Compaction efforts due to high moisture content. CTE Performed moisture + density testing. All Elects Storage container removed from site today.

CONTRACTOR / SUPERINTENDENT

DATE: 3-31-98

FORM 01400-1 8/94

SHEET OF

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 03/27/98

CONTRACT NO.: N68744-94-C-1754
TITLE AND LOCATION: ENLISTED DINING FACILITY
REPORT NO.: 011

CONTRACTOR: William G. Tadlock Construction
SUPERINTENDENT: WM. SCOTT TADLOCK

AM WEATHER: CLOUDY/SPRINKLES
PM WEATHER: CLOUDY
MAX TEMP: 70F
MIN TEMP: 60 F

## WORK PERFORMED TODAY

| WORK LOCATION AND DISCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISOR JOBSITE | WGT | 2 | Supt. | 16 |
| | WGT | | Labor | |
| | | | | |
| | | | | |
| INSTALL SEWER PIPE AND TWO MANHOLE BASES | DAVIS | 2 | PLUMBER | 16 |
| | DAVIS | 1 | APRENTICE | 8 |
| FINISH SEWER EXCAVATING AND BEGIN STORM | SO CAL | 1 | OPERATOR | 8 |
| DRAIN | | | | |
| | | | | |
| | | | | |
| | | | | |

## JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE? YES (NO) — circled: NO
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE? YES (NO) — circled: NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? YES (NO) — circled: NO
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT? YES (NO) — circled: NO
(If YES attach discription of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 48

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 360

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 408

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

YES — SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECIEVED TODAY TO BE INCORPERATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

| | |
|---|---|
| BACKHOE (FORD) | 0 HOURS |
| BACKHOE (416) | 8 HOURS |
| CAT 245 | 8 HOURS |
| FORKLIFT | 0 HOURS |

REMARKS
CATERPILLAR IS A 245

CONTRACTOR / SUPERINTENDENT

DATE: 03/30/98

FORM 01400-1 8/91

SHEET OF

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 3-27-98

CONTRACT NO.: 744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO.: 11

CONTRACTOR: William G. Tadlock Construction

SUPERINTENDENT: Wm. Scott T.

AM WEATHER: P-Cloudy

PM WEATHER: P Cloudy

MAX TEMP: 70 °F

MIN TEMP: 60 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DISCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| Supervise Jobsite | WGT | 2 | Supt / CQC | 16 |
| | WGT | | Labor | |
| | WGT | | Carpenter | |
| | WGT | | Operator | |
| | | | | |
| Install Sewer pipe & two man-hole Bases | Davis | 2 | Plumbers | 16 |
| | Davis | 1 | P. Apprentice | 8 |
| | | | | |
| Finish Sewer Ex. & Begin Storm drain | SoCal | 1 | Operator | 8 |
| | | | | |
| | | | | |

## JOB SAFETY

| | | |
|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of meeting minutes) | YES | (NO) |
| WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES attach copy of completed OSHA report) | YES | (NO) |
| WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? (If YES attach copy of checklist showing inspection performed) | YES | (NO) |
| WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed) | YES | (NO) |

TOTAL WORK HOURS ON JOB SITE THIS DAY: 48 0

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 360 0

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 408 0

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

SAFETY REQUIREMENTS HAVE BEEN MEET: Yes

EQUIPMENT / MATERIAL RECIEVED TODAY TO BE INCORPERATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

BACK HOE FORD 0
BACK HOE 416 8
CAT. 737/245 8
FORKLIFT 0

REMARKS

Wm Scott T. — CONTRACTOR / SUPERINTENDENT

3-30-98 — DATE

FORM 01400-1 5/91

SHEET OF

222.5
270

12.5
5
146.5
176
222.5

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 03/26/98

CONTRACT NO.: M68744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO.: 010

CONTRACTOR: William G. Tadlock Construction

SUPERINTENDENT: STEVE TADLOCK

AM WEATHER: CLOUDY/SPRINKLES

PM WEATHER: RAIN

MAX TEMP: 70°F

MIN TEMP: 60 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISOR JOBSITE | W G T | 2 | Supt. | 16 |
| | W G T | | Labor | |
| | | | | |
| | | | | |
| | | | | |
| INSTALL BEDDING AND 15" SEWER PIPE | DAVIS | 1 | PLUMBER | 16 |
| | DAVIS | 1 | APRENTICE | 8 |
| EXCAVATE FOR SEWER | SO CAL | 1 | OPERATOR | 7 |
| REMOVE OLD LIGHT STANDARD BASES | SO CAL | 1 | OPERATOR | 1 |
| | | | | |
| | | | | |
| | | | | |

### JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE? YES (NO)
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE YES (NO)
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? YES (NO)
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT? YES (NO)
(If YES attach description of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 48

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 312

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 360

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

YES — SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECEIVED TODAY TO BE INCORPERATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

| | |
|---|---|
| BACKHOE (FORD) | 0 HOURS |
| BACKHOE (416) | 8 HOURS |
| CAT 245 | 8 HOURS |
| FORKLIFT | 0 HOURS |

REMARKS

CATERPILLAR IS A 245

CONTRACTOR / SUPERINTENDENT

DATE: 03/27/98

FORM 01400-1 6/91

SHEET OF

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 3-26-98

CONTRACT NO.: 744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO.: 10

CONTRACTOR: William G. Tadlock Construction

SUPERINTENDENT: Wm. Scott Tadlock

AM WEATHER: Cloudy - rain

PM WEATHER: Cloudy - Rain

MAX TEMP: 65 °F

MIN TEMP: 58 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| Supervise Jobsite | WGT | | Supt / CQC | 16 |
| | WGT | | Labor | |
| | WGT | | Carpenter | |
| | WGT | | Operator | |
| Install bedding 4 15" Sewer pipe | DAVIS | 2 | Plumbers | 16 |
| | DAVIS | 1 | Pl Apprentice | 8 |
| Excavate sewer trench | So Cal | 1 | Operator | 7 |
| Remove Old Light standard bases | So Cal | 1 | Operator | 1 |

## JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE? YES (NO)
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE? YES (NO)
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? YES (NO)
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT? YES (NO)
(If YES attach description of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 48 0

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 312 0

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 360 0

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

SAFETY REQUIREMENTS HAVE BEEN MEET: Yes

EQUIPMENT / MATERIAL RECIEVED TODAY TO BE INCORPERATED IN JOB

N/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

BACKHOE Ford 0
BACKHOE 416 8
CAT ~~IT~~ 245 8
FORKLIFT 0

REMARKS

Caterpillar is 245

Wm. Scott T
CONTRACTOR / SUPERINTENDENT

3-26-98
DATE

FORM 01400-1 6/91

SHEET OF

GLADSTONE II D011253

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 03/25/98

CONTRACT NO: N68744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO. 009

CONTRACTOR: William G. Tadlock Construction

SUPERINTENDENT: STEVE TADLOCK

AM WEATHER: CLOUDY/SPRINKLES

PM WEATHER: RAIN

MAX TEMP 70°F

MIN TEMP 60 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DISCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISOR JOBSITE | W G T | 2 | Supt. | 16 |
| | W G T | | Labor | |
| | | | | |
| | | | | |
| LAYOUT | ACCELERATED | 1 | ELECTRICIAN | 8 |
| EXCAVATE FOR SEWER | DAVIS | 1 | PLUMBER | 7 |
| EXCAVATE FOR SEWER | DAVIS | 1 | APRENTICE | 7 |
| EXCAVATE FOR SEWER & ELECTRICAL | SO CAL | 1 | OPERATOR | 7 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? YES (NO)
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE? YES (NO)
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? YES (NO)
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT? YES (NO)
(If YES attach description of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 45

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 267

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 312

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

SAFETY REQUIREMENTS HAVE BEEN MEET: YES

EQUIPMENT / MATERIAL RECIEVED TODAY TO BE INCORPERATED IN JOB

GRAVEL/SAND

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

| | |
|---|---|
| BACKHOE (FORD) | 0 HOURS |
| BACKHOE (416) | 7 HOURS |
| CAT 737 | 7 HOURS |
| FORKLIFT | 2 HOURS |

REMARKS

CONTRACTOR / SUPERINTENDENT

03/26/98
DATE

FORM 01400-1 6/91

SHEET OF

GLADSTONE II D011254

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 3-25-98

CONTRACT NO.: 744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO.: 009

CONTRACTOR: William G. Tadlock Construction

SUPERINTENDENT: Steve Tadlock

AM WEATHER: CLOUDY/SPRINKLES

PM WEATHER: RAIN

MAX TEMP °F

MIN TEMP °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DISCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISE Jobsite | WGT | 2 | Supt / CQC | 16 |
| | WGT | | Labor | |
| | WGT | | Carpenter | |
| | WGT | | Operator | |
| | ACCELERATED | 1 | ELECTRICIAN | 8 |
| | DAVIS | 1 | PLUMBER | 7 |
| | DAVIS | 1 | APPRENTICE | 7 |
| | SO CAL | 1 | OPERATOR | 7 |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? YES NO ✓
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE? YES NO ✓
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? YES NO ✓
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT? YES NO ✓
(If YES attach discription of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 0

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 267 [illegible] 0

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 0

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECIEVED TODAY TO BE INCORPERATED IN JOB

GRAVEL/SAND

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

BACKHOE (FORD) 8 hrs FORKLIFT 2hrs
BACKHOE (416) 7 hrs
CAT 737 7 hrs

REMARKS

ST 3/26/98

CONTRACTOR / SUPERINTENDENT DATE

FORM 01400-1 5/91

SHEET OF

GLADSTONE II D011255

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 03/24/98

CONTRACT NO.: N68744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO.: 008

CONTRACTOR: William G. Tadlock Construction

SUPERINTENDENT: STEVE TADLOCK

AM WEATHER: FAIR | PM WEATHER: FAIR | MAX TEMP: 70°F | MIN TEMP: 60 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DISCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISOR JOBSITE | WGT | 2 | Supt. | 16 |
| | WGT | | Labor | |
| | | | | |
| LAYOUT | | | | |
| EXCAVATE FOR SEWER | ACCELERATED | 1 | ELECTRICIAN | 8 |
| EXCAVATE FOR SEWER | DAVIS | 1 | PLUMBER | 8 |
| EXCAVATE FOR SEWER & ELECTRICAL | DAVIS | 1 | APRENTICE | 8 |
| | SO CAL | 1 | OPERATOR | 8 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? YES (NO) circled
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE YES (NO) circled
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? YES (NO) circled
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT? YES (NO) circled
(If YES attach discription of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 48

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 222.5 ~~219~~

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 270.5 267

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

YES | SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECIEVED TODAY TO BE INCORPERATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

| | |
|---|---|
| BACKHOE (FORD) | 0 HOURS |
| BACKHOE (416) | 8 HOURS |
| CAT 737 | 8 HOURS |
| FORKLIFT | 2 HOURS |

REMARKS

CONTRACTOR / SUPERINTENDENT

03/25/98
DATE

FORM 01400-1 8/91

SHEET OF

GLADSTONE II D011256

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 3-24-98

CONTRACT NO.: 744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO.: 008

CONTRACTOR: William G. Tadlock Construction

SUPERINTENDENT:

AM WEATHER: FAIR

PM WEATHER: FAIR

MAX TEMP °F

MIN TEMP °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DISCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISE JOBSITE | WGT | 1 | Supt / CQC | 18 |
| | WGT | | Labor | |
| | WGT | | Carpenter | |
| | WGT | | Operator | |
| LAYOUT | ACCELEATED | 1 | ELECTRICAL | 8 |
| EXCAVATE FOR SEWER | DAVIS | 1 | PLUMBER | 8 |
| | DAVIS | 1 | APPRENTICE | 8 |
| EXC. SEWER + ELECTRICAL | SO CAL | 1 | OPERATOR | 8 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? YES NO ✓
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE? YES NO ✓
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? YES NO ✓
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT? YES NO ✓
(If YES attach discription of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 0

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 222.5 ~~[illegible]~~ 279 0

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 0

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECIEVED TODAY TO BE INCORPERATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

BACKHOE (FORD) ø hrs
BACKHOE (416) 8hrs
CAT 737 8hrs
FORKLIFT 2 hrs

REMARKS

[signature]

CONTRACTOR / SUPERINTENDENT

DATE

FORM 01400-1 6/91

SHEET OF

GLADSTONE II D011257

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 03/23/98

CONTRACT NO.: N68744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO.: 007

CONTRACTOR: William G. Tadlock Construction

SUPERINTENDENT: STEVE TADLOCK

AM WEATHER: FAIR | PM WEATHER: FAIR | MAX TEMP: 70°F | MIN TEMP: 60 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DISCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISOR JOBSITE | WGT | 2 | Supt. | 16 |
| | WGT | | Labor | |
| | | | | |
| | | | | |
| POTHOLE AND LAYOUT | ACCELERATED | 1 | ELECTRICIAN | 5 |
| EXCAVATE FOR SEWER | DAVIS | 2 | PLUMBER | 12.5 |
| EXCAVATE FOR SEWER | DAVIS | 1 | APRENTICE | 8 |
| EXCAVATE FOR SEWER | SO CAL | 1 | OPERATOR | 5 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE? YES (NO)
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE? YES (NO)
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? YES (NO)
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT? YES (NO)
(If YES attach discription of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 46.5

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 176 ~~222.5~~ ~~172.5~~

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 222.5 ~~219~~

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

YES — SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECIEVED TODAY TO BE INCORPORATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

| | |
|---|---|
| BACKHOE (FORD) | 5 HOURS |
| BACKHOE (416) | 8 HOURS |
| CAT 737 | 5 HOURS |
| FORKLIFT | 2 HOURS |

REMARKS

CONTRACTOR / SUPERINTENDENT

DATE: 03/24/98

FORM 01400-1 8/91

SHEET OF

GLADSTONE II D011258

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 3-23-98

CONTRACT NO. [illegible]744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO. 007

[illegible]RACTOR: William G. Tadlock Construction

SUPERINTENDENT: STEVE TADLOCK

AM WEATHER: FAIR

PM WEATHER: FAIR

MAX TEMP °F

MIN TEMP °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DISCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISE JOBSITE | WGT | [illegible] | Supt / CQC | 16 |
| | WGT | | Labor | |
| | WGT | | Carpenter | |
| Pothole + Layout | WGT | | Operator | |
| Excavator for Sewer | Accelerated | 1 | Electrician | 5 |
| " | DAVIS | 2 | PLUMBER | 12½ |
| " | DAVIS | 1 | APPRENTICE | 8 |
| | SO CAL | 1 | OPERATOR | 5 |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? YES NO ✓
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE ? YES NO ✓
(If YES attach copy of completed OSHA report)

[illegible] TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE ? YES NO ✓
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT ? YES NO ✓
(If YES attach discription of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 46.5 0

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 176 [illegible] 179.5 0

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 0

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECIEVED TODAY TO BE INCORPERATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

BACKHOE (FORD) 5 hrs
BACKHOE (416) 8 hrs
CAT 737 5 hrs
FORKLIFT 2 hrs

REMARKS

ST

CONTRACTOR / SUPERINTENDENT

3-24-98

DATE

FORM 01400-1 6/91

SHEET OF

GLADSTONE II D011259

# 9

1.7 CONTRACTOR PERSONNEL REQUIREMENTS

1.7.1 Subcontractors and Personnel

Furnish a list of contact personnel of the Contractor and subcontractors including addresses and telephone numbers for use in the event of an emergency. As changes occur and additional information becomes available, correct and change the information contained in previous lists. Contract requirements of Section 15950, "HVAC Testing/Adjusting/Balancing," shall be accomplished by a first tier subcontractor.

1.7.2 Citizenship Requirements

Contractor employees and representatives performing work under this contract are required to be United States citizens. Exceptions to citizenship requirements will be considered upon written request to the Contracting Officer.

1.7.3 Identification Badges

Identification badges, if required, will be furnished without charge. Application for and use of badges will be as directed. Immediately report instances of lost or stolen badges to the Contracting Officer.

1.8 CONTRACTOR ACCESS AND USE OF PREMISES

1.8.1 Station Regulations

Ensure that Contractor personnel employed on the Station become familiar with and obey Station regulations. Keep within the limits of the work and avenues of ingress and egress. Do not enter restricted areas unless required to do so and until cleared for such entry. Permission to interrupt any station roads, railroads, or utility services shall be requested in writing a minimum of 15 calendar days prior to the desired date of interruption. The Contractor's equipment shall be conspicuously marked for identification.

1.8.2 Working Hours

Regular working hours shall consist of a period established by the Contracting Officer between 7 a.m. and 5 p.m., Monday through Friday, excluding Government holidays.

1.8.3 Work Outside Regular Hours

Work outside regular working hours requires Contracting Officer approval. Provide written request 15 calendar days prior to such work to allow arrangements to be made by the Government for inspecting the work in progress. During periods of darkness, the different parts of the work shall be lighted in a manner approved by the Contracting Officer.

1.8.4 Utility Cutovers and Interruptions

a. Make utility cutovers and interruptions after normal working hours or on Saturdays, Sundays, and Government holidays. Conform to procedures required in the paragraph "Work Outside Regular Hours."

b. Ensure that new utility lines are complete, except for the connection, before interrupting existing service.

c. Interruption to Water, Sanitary Sewer, Storm Sewer, Telephone Service, Electric Service, Air Conditioning, Heating, Fire Alarm, Compressed Air shall be considered utility cutovers pursuant to the paragraph entitled "Work Outside Regular Hours." Such interruption shall be further limited to 8 hours. This time limit includes time for deactivation and reactivation.

1.8.5 Occupied Buildings

The Contractor shall be working around existing buildings which are occupied. Do not enter the buildings without prior approval of the Contracting Officer.

1.8.6 Restricted Access Areas

Contractor shall limit his operations to the construction site(s) shown on the drawings. All construction is located in nonrestricted areas of the Base. The areas of the Base south of Miramar Way is off limits.

1.8.7 Special Restrictions Regarding Access of Vehicles and Parking

Access to the Base shall be limited to the West Gate. Contractor shall be responsible for obtaining Base passes for his personnel and subcontractors. Procedures and parking restrictions shall be presented at the preconstruction conference.

1.8.7.1 Interruption of Vehicular Traffic

If during the performance of the work in this contract, it becomes necessary to modify vehicular traffic patterns at any locations, the Contractor shall notify the Contracting Officer 15 calendar days prior to the proposed modification date, and provide a Traffic Control Plan detailing the proposed controls to traffic movement for approval. The plan shall be in accordance with State and local regulations and the FHWA MUTCD. The Contractor shall make all notifications and obtain any permits required for modification to traffic movements outside the stations jurisdiction. Cones, signs, barricades, lights, or other traffic control devices or personnel required to control traffic shall be provided by the Contractor.

1.9 EXISTING WORK

Remove existing work in such a manner as to prevent injury or damage to any portions of the existing work which remain.

1.10 PRECONSTRUCTION CONFERENCE

After award of the contract, but prior to commencement of any work at the site, meet with the Contracting Officer to discuss and develop a mutual understanding relative to the administration of the value engineering and safety program, preparation and submission of the schedule of prices, shop drawings and other submittals, scheduling, programming and prosecution of work. Major subcontractors who will be engaged in the work shall also attend.

1.11 PROGRESS PHOTOGRAPHS AND COMPLETION SLIDES

Provide monthly, and within one month of the completion of work, 35 millimeter color slides showing the sequence and progress of work. Take photographs prior to the seventh day of each month from a minimum of ten

APR-10-98 FRI 01:46 PM P. 01

# FIELD NOTICE

(Limit each notice to one subject)
[Request for Information (RFI)]

Wm. C. Tadlock, Inc.
1585 Hillsmont Dr. El Cajon, Ca. 92020
(619) 442-2503 Fax (619) 441-8964

RECEIVED ROICC MIRAMAR 10 APR 98 24

Date: 04/09/98

Notice Number: 015

TO: RESIDENT OFFICER IN CHARGE OF COSTRUCTION
MARINE CORPS AIR SATION, MIRAMAR
FAX:
ATTN: MIKE MCGAW

PROJECT: ENLISTED DINNING FACILITY
CONTRACT N68711-94-C-1754

FROM: JERRY SILVA

REGARDING:

- [ ] for your information
- [ ] request for clarification
- [X] differing site conditions (FAR 52.236-27)
- [ ] (other):

REFERENCE: (Drawing Page and / or Specification Section)
C-2

DESCRIPTION:

THE ALLOWED 4 HOURS FOR WATER OUTAGES IS NOT SUFFICIENT TIME FOR THE WORK REQUIRED. REQUEST ADDITIONAL 4 HOURS FOR EACH OUTAGE. AS AN OPTION WE COULD INSTALL 2 ISOLATION VALVES ON THE EXISTING WATER LINE. SEE ATTACHED DRAWING (C-3).

A response to this Field Notice is required by: IMMEDIATELY

See attach letter

RECEIPT OF THIS FIELD NOTICE IS ACKNOWLEDGED BY:

DATE:

A/E Recommendation of ROICC

INSTALL 2 - 8" VALVES/BOXES ON EXISTING 8" C.I. WATER LINE. COORDINATE WITH CLIFFSINDLES OF PWC FOR ASSISTANCE & OUTAGE ON 14 APRIL.

BY: [signature]

DATE: 4/10/98 FAX 4/10

ROICC ENDORSEMENT / RESPONSE

Concur with A-E Y/N Mod required (Y)/N (Cost)/no cost PC # 007 Reason Code VALE

AROICC / AREICC [signature] DATE: 4-10-98

Submit proposal per A-E scope above NLT 17 APRIL 98 / Scope and RFP to follow

Scope meeting requested on at

Contracting Officer DATE:

Copy to: Project Engineer File A / E
X CQC



GLADSTONE II D012081

# 7

3.2.3.1 Subgrade Proof Rolling G

After removal of topsoil or other overburden, proof roll the existing subgrade with six passes of a minimum 13.65 metric tonspneumatic-tired roller. Operate the roller in a systematic manner to assure the number of passes over all areas, and at speeds between 4 and 5.5 km per hour. When proof rolling under structures, one-half of the passes made with the roller shall be in a direction perpendicular to the other passes. Proof rolling shall be done in the presence of the Contracting Officer. Rutting or pumping shall indicate unsatisfactory material and that material shall be undercut in accordance with paragraph "Unsatisfactory Material", and replaced with the appropriate fill material. Perform proof rolling only when weather conditions permit. Do not proof roll wet or saturated subgrades. Materials degraded by proof rolling a wet or saturated subgrade shall be replaced by the Contractor as directed by the Contracting Officer at no cost to the Government. Notify the Contracting Officer 3 days prior to proof rolling.

3.3 EXCAVATION

Excavate to contours and dimensions indicated. Keep excavations free from water while construction is in progress. Notify the Contracting Officer immediately in writing in the event that it becomes necessary to remove rock, hard material, or other material defined as unsatisfactory to a depth greater than indicated and an adjustment in contract price will be considered in accordance with the Contract clause entitled "Differing Site Conditions." Refill excavations cut below the depths indicated with controlled fill and compact as specified herein. Excavate soil disturbed or weakened by construction operations or soils soften from exposure to weather. Refill with controlled fill and compact as specified herein.

3.3.1 Excavations for Structures and Spread Footings G

Removals of expansive soils and relatively soft or loose soils shall be performed within each building area such that there is a minimum thickness of non-expansive granular compacted fill beneath floor slabs and foundations. The footing excavation may be terminated at a shallower depth, resulting in less than the required minimum non-expansive granular fill thickness, provided that:

a. The excavation bottom is in material consisting of hard materials, and

b. A minimum footing embedment of 300 mm is achieved.

A qualified Geotechnical Engineer shall observe footing bottoms prior to construction. Provisions should be made to extend excavations if required.

In fat clay areas, a minimum of 762 mm of non-expansive granular compacted fill is required beneath floor slabs and foundations. In lean clay and sand/clayey sand areas, a minimum of 450 mm of non-expansive granular compacted fill is required beneath floor slabs and foundations. The limits of soil removal should extend at least 1.5 meters horizontally from the perimeter of the building footprint. Due to the variable soil conditions encountered, and due to some unexplored building areas which were not accessible during field exploration, different conditions than those presented in the Summary of Anticipated Soil Conditions may be encountered. A qualified Geotechnical Engineer and the Contracting Officer shall observe

and may require deeper removal in some building areas depending on the actual conditions encountered during construction. Removal of any material in excess of the limits and depths indicated shall be approved by the Contracting Officer.

3.3.2 Shoring and Sheeting

Shore and sheet excavations as described in the submitted plan, with various members sized and arranged to prevent injury to persons and damage to structures. Also arrange shoring and sheeting to preclude injurious caving during removal.

3.4 BORROW MATERIALS G

Select borrow materials to meet requirements and conditions of the particular fill or backfill materials to be used. Obtain borrow materials from sources off of project site. No borrow shall be obtained within the limits of the project site.

3.5 FILLING AND BACKFILLING

3.5.1 Subgrade Preparation G

When the subgrade is part fill and part excavation or natural ground, overexcavate the natural ground portion to a minimum depth of 900 mm to allow the placement of a minimum of 915 mm of controlled fill beneath entire structures. Recompact as specified for the adjacent or overlying fill. Moisten or aerate material as necessary to provide the moisture content that will readily facilitate obtaining the specified compaction with the equipment used. If the exposed subgrade materials are expansive, compaction shall be performed at moisture contents of 2 to 4 percent above optimum. If the exposed subgrade consists of intact cemented materials, scarification and recompaction shall not be performed. If exposed soils at the minimum excavation depths are soft, loose, pumping, or otherwise unsuitable for placement of fill, the Geotechnical Engineer may require additional excavation and replacement with non-expansive fill. Prior to placement of fill, a qualified Geotechnical Engineer and the Contracting Officer shall inspect and approve exposed subgrade.

3.5.2 Fill and Backfill Beside Structures

Place required backfill material adjacent to structures and compact in a manner that prevents wedging action or eccentric loading upon or against the structures. Step or serrate slopes bounding or within areas to be backfilled to prevent sliding of the fill. Moisten or aerate material as necessary to provide the moisture content that will readily facilitate obtaining the specified compaction with the equipment used. Do not place material on surfaces that are muddy, frozen, or contain frost. Do not use equipment for backfilling operations or for the formation of embankments against structures that will overload the structure. Backfilling against concrete will be done only after approval has been obtained from the Contracting Officer.

3.5.3 Controlled Fill and Controlled Backfill G

Place controlled fill and controlled backfill under spread footing, concrete slabs not pile supported, and pavements in loose lifts of 150 mm. Do not place material on surfaces that are muddy, frozen, or contain frost. Compact with equipment well suited to the soil being compacted. Moisten or