# 8

917
no PC #

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
ROICC MIRAMAR, BLDG. M-257
45482 Hercules Road
MCAS MIRAMAR
San Diego, CA. 92145-5005

# MEMORANDUM

DATE: 13 August 1998

FROM: Michael R. McGaw, P.E., Project Engineer, 52M3.MM

TELEPHONE NO: (619) 537-6673 FAX NO: (619) 537-4593

TO: Wm. G. Tadlock, Inc. ATTN: Steve Erickson

FAX NO: 547-4372 TELEPHONE: 547-4371

SUBJECT: PROPOSAL DATED 22 JULY FROM CMH CONSTRUCTION

I have reviewed the subject proposal and I am returning it for your review and resubmittal. My comments are as follows:

1. The CMH cost of $30,191 is for ALL material, labor and equipment for the foundation excavation, and slurry fill, between 09 June and 26 June, except three days (17-19 June) when they were setting templates. Even though CMH states that "extra labor…due to the deep digs is 30%", you have submitted for the entire cost of the excavation effort.
2. The statement by CMH that "The soil engineer recommended digging in some cases as far down as 15 feet" is incorrect.
3. Tadlock submitted costs for hauling off additional dirt from footings of $8,882. Please explain how you calculated the 312 cubic yards. Your field reports show that only 237 cubic yards of slurry was needed to bring the excavation back up to bottom of footing elevations. Also, the 90 cubic yards of over-excavation done on 27 May on Gridline "G" may be part of this.
4. In regard to your rental equipment for hauling extra dirt, were these rented with operator or were your personnel doing this work with rented equipment? This affects sales tax on equipment. Please provide invoices and dates. I cannot find this work on the daily reports.
5. The $3,000 cost for CTE will have to be invoiced and documented. Please explain this cost and why it is over and above the contract requirements.
6. The $970 cost for Advanced Survey is for checking bolt patterns, re-staking loading dock and bolt layout calculations. Please explain how this is related to footing excavation.

I am sending Bill Tadlock a copy of this letter because it was my understanding, when we mutually agreed that founding footings on formational soils and using the slurry backfill was in the best interests of all parties, that these types of extra costs would be evaluated and negotiated based on interpretations of soil borings, relationship to existing topography and what bidders might reasonably have expected at bid time.

For future cost proposals, I would appreciate written explanations, documentation, invoices and calculations to help expedite my evaluations and reviews. I have already spent several hours on this proposal alone and, at that rate, this process will take far too long.

Sincerely,

Mike McGaw

cc: Bill Tadlock
Lt. Rawn
Kathy Valentine

# 9

CATALOG CUT/SHOP DRAWING TRANSMITTAL AND APPROVAL
SOUTHWESTNAVFACENGCOM 4355/2 (10-89)

See instructions on reverse
No carbon paper is required to complete this form
No transmittal letter required

SUBMITTAL NO. #13

COC CLAUSE [X] IS APPLICABLE [ ] IS NOT APPLICABLE

REFERENCES TO USE WHEN COC CLAUSE IS APPLICABLE

PART I – FOR CONTRACTOR USE

REFERENCES TO USE WHEN COC CLAUSE IS NOT APPLICABLE

(A) ROICC/REICC

FROM (Contractor): WM. G. TADLOCK

TO (A): MR. MIKE McGAW

(A) DESIGNER

CONTRACT NO: N68711.94.C.1754

CONTRACT TITLE: ENLISTED DINING FACILITY

(B) (Check one)

[ ] RECORD

[X] APPROVAL

THE FOLLOWING ITEM IS SUBMITTED FOR (B) PER SPECIFICATION SECTION NUMBER
01321 NETWORK ANALYSIS SCHEDULE

(B) APPROVAL

CERTIFICATION (This form shall not be used to forward proposed substitutions)
IT IS HEREBY CERTIFIED THAT THE [ ] EQUIPMENT [ ] MATERIAL SHOWN AND MARKED IN THIS SUBMITTAL IS THAT PROPOSED TO BE INCORPORATED INTO CONTRACT N68711.94.C.1754 IS IN COMPLIANCE WITH THE CONTRACT DRAWINGS AND SPECIFICATIONS, AND CAN BE INSTALLED IN THE ALLOCATED SPACES.

- CPM NETWORK DIAGRAM PLOTS (3 SHEETS)
- MATH REPORT TYPE A
- " " " " B
- " " " " C
- " " " " E
- MATH REPORT - PREDECESSOR/SUCCESSOR
- DATA DISK

(C) AUTHORIZED CONTRACTOR QUALITY CONTROL REPRESENTATIVE

CERTIFIED BY (C): [signature]

DATE: 4/10/98

(C) PERSON DESIGNATED BY CONTRACTOR AS HAVING AUTHORITY TO SIGN CERTIFICATION

PART II – FOR DESIGNER USE

FROM (Designer):

TO (ROICC/REICC):

(D) CURSORY REVIEW REQUIRED ON RECORD COPIES – REPLY TO ROICC ONLY IF APPROPRIATE. DETAILED REVIEW REQUIRED ON SUBMITTALS FOR GOVERNMENT APPROVAL

STAMP AND MARK EACH COPY AS APPROPRIATE.

THIS SUBMITTAL HAS BEEN REVIEWED (D). THE FOLLOWING RECOMMENDATION IS MADE:

(D) DETAILED REVIEW REQUIRED. STAMP AND MARK EACH COPY AS APPROPRIATE

SIGNATURE

DATE

RECEIVED
ROICC MIRAMAR
10 APR 98 11 12

PART III – FOR ROICC/REICC USE

(E) DESIGNER (Copy to OICC)

FROM (ROICC/REICC): MIKE McGAW AREICC

TO (E): Wm G. TADLOCK

(E) CONTRACTOR (Copy to OICC)

ENCLOSURES ARE RETURNED WITH THE FOLLOWING COMMENTS:

SOUTHWESTNAVFACENGCOM, SAN DIEGO, CA 92132
[X] APPROVED
[ ] APPROVED WITH CORRECTIONS NOTED
[ ] DISAPPROVED-RESUBMITTAL REQ'D
DATE 4/28/98
BY [signature]
FOR ROICC SAN DIEGO AREA
Subject to contract requirements with no change in contract price or time

SIGNATURE

DATE

GLADSTONE II 14397

Report: Act #
Filter: All Activities

P-005 Enlisted Dining Facility
Steve Tadlock, V.P.
Project Manager

Wm. G. Tadlock Inc.
Report Date: 09APR98
Page 2A of 13A

| Activity ID | Activity Description | Duration | Early Start | Early Finish | Actual Start | Actual Finish | Late Start | Late Finish | Total Float | Resp. | Percent Complete |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2130 | Reinforce Footings | 5 | 15MAY98 | 21MAY98 | | | 15MAY98 | 21MAY98 | 0 | REBAR | 0 |
| 2140 | Place Concrete Footings | 4 | 19MAY98 | 22MAY98 | | | 19MAY98 | 22MAY98 | 0 | CONC | 0 |
| 2150 | Underslab Plumbing | 15 | 26MAY98 | 15JUN98 | | | 15JUN98 | 06JUL98 | 14d | PLUM | 0 |
| 2160 | Underslab Refrig. Piping | 5 | 26MAY98 | 01JUN98 | | | 15FEB99 | 19FEB99 | 182d | TAD | 0 |
| 2170 | Underslab Soda Line/ Conduit | 3 | 26MAY98 | 28MAY98 | | | 01JUL98 | 06JUL98 | 26d | TAD | 0 |
| 2180 | Underslab Electrical | 10 | 26MAY98 | 08JUN98 | | | 22JUN98 | 06JUL98 | 19d | ELECT | 0 |
| 2190 | Form /Screed/ Sand for Slab-On-Grade | 5 | 16JUN98 | 22JUN98 | | | 07JUL98 | 13JUL98 | 14d | CONC | 0 |
| 2200 | Reinforcing for Slab-On-Grade | 10 | 23JUN98 | 07JUL98 | | | 14JUL98 | 27JUL98 | 14d | REBAR | 0 |
| 2210 | Place & Finish Slab-On-Grade Concrete | 8 | 08JUL98 | 17JUL98 | | | 28JUL98 | 06AUG98 | 14d | CONC | 0 |
| 2220 | Strip Forms @ SOG | 5 | 20JUL98 | 24JUL98 | | | 07AUG98 | 13AUG98 | 14d | CONC | 0 |
| 2230 | CIP Concrete Loading Dock | 9 | 27JUL98 | 06AUG98 | | | 09SEP98 | 21SEP98 | 31d | CONC | 0 |
| 2240 | Excav & Form Curbs, Gutters & Walks | 6 | 07AUG98 | 14AUG98 | | | 22SEP98 | 29SEP98 | 31d | CONC | 0 |
| 2250 | Place & Finish Curbs, Gutters & Walks | 6 | 17AUG98 | 24AUG98 | | | 30SEP98 | 07OCT98 | 31d | CONC | 0 |
| 2260 | Form / Screed PCC Paving | 3 | 25AUG98 | 27AUG98 | | | 08OCT98 | 13OCT98 | 31d | CONC | 0 |
| 2270 | Reinforce PCC Paving | 3 | 28AUG98 | 01SEP98 | | | 14OCT98 | 16OCT98 | 31d | CONC | 0 |
| 2280 | Place & finish PCC Paving | 1 | 02SEP98 | 02SEP98 | | | 19OCT98 | 19OCT98 | 31d | CONC | 0 |
| 2300 | Masonry Walls | 30 | 26MAY98 | 07JUL98 | | | 26MAY98 | 07JUL98 | 0 | MASO | 0 |
| 2310 | Set Embed Metal Fabrications | 5 | 30JUN98 | 07JUL98 | | | 30JUN98 | 07JUL98 | 0 | MASO | 0 |
| 2320 | Set Struct Steel Cols | 3 | 08JUL98 | 10JUL98 | | | 08JUL98 | 10JUL98 | 0 | STEEL | 0 |
| 2330 | Erect Struct Steel Beams & Frmg | 8 | 10JUL98 | 21JUL98 | | | 10JUL98 | 21JUL98 | 0 | STEEL | 0 |
| 2340 | Erect Stl Joist/Girders & Plumb Steel | 10 | 16JUL98 | 29JUL98 | | | 16JUL98 | 29JUL98 | 0 | STEEL | 0 |
| 2350 | Erect Steel Decks | 13 | 23JUL98 | 10AUG98 | | | 24AUG98 | 10SEP98 | 22d | DECK | 0 |
| 2355 | Fab Precast Molds | 30 | 10APR98 | 21MAY98 | | | 20APR98 | 01JUN98 | 6d | PRCAS | 0 |
| 2356 | Cast & Deliver Precast | 20 | 22MAY98 | 19JUN98 | | | 02JUN98 | 29JUN98 | 6d | PRCAS | 0 |

# CONTRACTOR PRODUCTION REPORT

( ATTACH ADDITIONAL SHEETS IF NECESSARY )

DATE: 06/30/98

CONTRACT NO: ?44-94-C-1754
TITLE AND LOCATION: ENLISTED DINING FACILITY
REPORT NO: 077

CONTRACTOR: William G. Tadlock Construction
SUPERINTENDENT: STEVE ERICKSON

AM WEATHER: SUNNY | PM WEATHER: SUNNY | MAX TEMP: 85F | MIN TEMP: 59F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISOR JOBSITE | W G T | 2 | SUPT./CQC | 16 |
| LAY OUT FOR BUILDING CONTROL. | WGT | 1 | CARPENTER FOREM | 8 |
| POUR REMAINDER OF BUILDING FOOTINGS, FINISH | CMH CONST | 5 | CARPENTER | 21 |
| SETTING TEMPLETS. | CMH CONST | 1 | FOREMAN | 12 |
| POUR REMAINDER OF BUILDING FOOTINGS, | CMH CONST | 2 | LABOR | 14.5 |
| POUR REMAINDER OF BUILDING FOOTINGS. | CMH CONST | 2 | FINISHERS | 18 |
| POUR REMAINDER OF BUILDING FOOTINGS. | CMH CONST | 1 | APP. FINISHER | 11.5 |
| PLACE BLOCK AND FIRST GROUT. | P.K. NEILL MASONRY | 3 | TENDERS | 24 |
| PLACE BLOCK AND FIRST GROUT. | P.K. NEILL MASONRY | 3 | MASONS | 24 |
| TEST & PASS TEST ON PARTIAL U/G GREASE WASTE | DAVIS MECH. | 1 | PLUMBER | 8 |
| SYSTEM, INSTALL PIPING. | DAVIS MECH. | 1 | APP. PLUMBER | 8 |
| ROUGHIN MASONRY WALLS, WRITE FOOD SERVICE RFI | DYNALECTRIC | 1 | GENERAL FOREMAN | 8 |
| DUE TO LACK OF DESIGN. | DYNALECTRIC | | GENERAL FOREMAN | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? YES NO
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE YES NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE ? YES NO
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT ? YES NO
( If YES attach description of incident and proposed )

TOTAL WORK HOURS ON JOB SITE THIS DAY: 173

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 4880.5

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 5053.5

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED — YES — SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

GROUT FOR CMU WALLS 17.5
CONCRETE FOR FOOTINGS 189 YARDS

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

WET BLOCK SAW 8 HRS.

MIXER 8 HRS.

REMARKS: POURED THE REMAINDER OF THE CONCRETE FOOTING FOR THE BUILDING TODAY. THE ANSWER TO THE FIELD NOTICE FOR THE ENTRY WAY CMU ?TILL SOME WHAT IN QUESTION. THE SCHEDULED MEETING TOMORROW WITH THE A & E TO GO OVER ELECTRICAL, CONTROL, AND DIMENSION ISSUES WILL BE AT ?00 AM. AT THAT MEETING THE CMU ISSUES WILL BE BROUGHT UP.

CONTRACTOR / SUPERINTENDENT

07/01/98
DATE

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 06/30/98

| | | |
|---|---|---|
| TRACT NO. 44-94-C-1754 | TITLE AND LOCATION: ENLISTED DINING FACILITY | REPORT NO. 077A |
| ACTOR: William G. Tadlock Construction | SUPERINTENDENT: STEVE ERICKSON | |

| AM WEATHER | PM WEATHER | MAX TEMP | MIN EMP |
|---|---|---|---|
| SUNNY | SUNNY | 85F° | 59°F |

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| FINISH SETTING REBAR FOR FOOTINGS AND PIERS, | J. L. DAVIDSON | 2 | IRON WORKERS | 4 |
| FOR BUILDING FOOTINGS | | | | |
| | | | | |
| | | | | |
| CORRECTION TO D.R. #054 NO HOURS FOR JENSEN | JENSEN PRECAST | 1 | CRANE OPERATOR | -4 |
| PRECAST, 05/28/98 | JENSEN PRECAST | 2 | LABORS | -4 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**JOB SAFETY**

| | | | | |
|---|---|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DATE? (If YES attach copy of meeting minutes) | YES | NO | TOTAL WORK HOURS ON JOB SITE THIS DAY | -4 |
| WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE (If YES attach copy of completed OSHA report) | YES | NO | CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 5053.5 |
| WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? (If YES attach copy of checklist showing inspection performed) | YES | NO | TOTAL WORK HOURS FROM START OF CONSTRUCTION | 5049.5 |
| WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT? (If YES attach description of incident and proposed) | YES | NO | | |

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED — YES — SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

GROUT FOR CMU WALLS 17.5
CONCRETE FOR FOOTINGS 189 YARDS

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

WET BLOCK SAW 8 HRS.

MIXER 8 HRS.

REMARKS: POURED THE REMAINDER OF THE CONCRETE FOOTING FOR THE BUILDING TODAY. THE ANSWER TO THE FIELD NOTICE FOR THE ENTRY WAY CMU STILL SOME WHAT IN QUESTION. THE SCHEDULED MEETING TOMORROW WITH THE A & E TO GO OVER ELECTRICAL, CONTROL, AND DIMENSION ISSUES WILL BE AT 0 AM. AT THAT MEETING THE CMU ISSUES WILL BE BROUGHT UP.

CONTRACTOR / SUPERINTENDENT — DATE 07/01/98

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 08/19/98

CONTRACT NO.: 744-94-C-1754

TITLE AND LOCATION: ENLISTED DINING FACILITY

REPORT NO.: 112

CONTRACTOR: William G. Tadlock Construction

SUPERINTENDENT: STEVE ERICKSON

AM WEATHER: SUNNY | PM WEATHER: SUNNY | MAX TEMP: 90F | MIN TEMP: 58F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISE JOBSITE | WGT | 2 | SUPT. / CQC | 16 |
| SHOOT GRADES FOR GRADING OF SLAB ON GRADE, LAY OUT FOR DUCT WK. | WGT | 1 | CARPENTER FORE. | 8 |
| SET WALL ANGELS, CLEAN UP, SORT OUT DUCT WORK, | WGT | 3 | LABOR | 24 |
| | | | | |
| PLACE GRANULAR FILL WITH BOBCAT FOR SLAB ON GRADE. | WGT | 1 | OPERATOR | 8 |
| ROUGH IN MASONRY ELECTRICAL, SHADE SAND OVER | DYNALECTRIC | 1 | GENERAL FOREMAN | 8 |
| CONDUITS @ S.O.G. | | | | |
| | | | | |
| START PLACING GRANULAR FILL FOR SLAB ON GRADE. | CMH | 1 | FOREMAN | 8.5 |
| START PLACING GRANULAR FILL FOR SLAB ON GRADE. | CMH | 3 | LABOR | 24.5 |
| | | | | |
| | | | | |
| | | | | |
| CLEAN UP AND TAKE DOWN SCAFFOLDING. | P.K. NEIL | 2 | TENDERS | 16 |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE ? YES **NO**
(If YES attach copy of meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE YES **NO**
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE ? YES **NO**
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT ? YES **NO**
(If YES attach description of incident and proposed )

TOTAL WORK HOURS ON JOB SITE THIS DAY: 113

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 10888

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 11001

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

SAFETY REQUIREMENTS HAVE BEEN MEET: YES

EQUIPMENT / MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

WET BLOCK SAW 8 HRS.
GROUT PUMP 8 HRS.
MIXER 8 HRS.

BOBCAT 8 HRS. CMH CONST.

REMARKS: CONTRACTOR RECEIVED DIRECTION FOR STAINLESS STEEL BURNERS FOR UNITS.

CONTRACTOR HAD CQC MEETING TODAY SEE MINUTES.

THE CONTRACTORS ELECTRICAL SUBCONTRACTOR WOULD LIKE TO GET THERE PROPOSALS FINALIZED. SOME OF THE PROPOSALS HAVE BEEN IN FOR A LONG TIME AND MAY HAVE SCHEDULING IMPACTS.

CONTRACTOR / SUPERINTENDENT ______________ DATE 08/20/98

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 19 August 98

CONTRACT NO.: N68744-94-C-1754

TITLE AND LOCATION: Enlisted Dining Facility

REPORT NO.: 112

RACTOR: Wm. G. TADLOCK, Inc.

SUPERINTENDENT: STEVE ERICKSON

AM WEATHER: Cloudy early AM, Clearing late AM.

PM WEATHER: Sunny & very warm.

MAX TEMP. 90 °F

MIN. TEMP. 58 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| Supervise job site | WGT | 2 | Supt./ CQC | 16 |
| Shoot grades for grading of slab on grade, lay out for duct wk. | WGT | 1 | Carpenter foreman | 8 |
| Set wall angles, clean up, sort out duct work. | WGT | 3 | Labor | 24 |
| Place granular fill with bobcat for slab on grade. | WGT | 1 | Operator | 8 |
| Rough in masonry electrical, Shade sand over conduits @ S.O.G. | Dynalectric. | 1 | General Foreman | 8 |
| Start placing granular fill for slab on grade. | C.M.H. | 1 | Foreman ? | 8.5 |
| Start placing granular fill for slab on grade with bobcat. | C.M.H. | 1 | ~~Operator~~ Labor | 8.5 |
| Start placing granular fill for slab on grade. | C.M.H. | 2 | Labor ? | 16 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Clean up and take down scaffolding. | P. K. Neil | 2 | Tenders | 16 |
| | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? YES NO
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE? YES NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? YES NO
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT? YES NO
(If YES attach description of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 113

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 10888

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 11001

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED: n/a

SAFETY REQUIREMENTS HAVE BEEN MET: Y

EQUIPMENT / MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

N/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

Wet block saw 8 hrs Bobcat 8 hrs. CMH.
Grout pump 8 hrs.
Mixer 8 hrs.
*Mehe please list the fork lift / Champ & lifall & bob cat with bucket for 8 hrs on our supplement to the daily report.*

REMARKS

Contractor received direction for the stainless steel burners for units.

Contractor had CQC meeting today see minutes.

The Contractors electrical Subcontractor would like to get there proposals finalized. Some of the proposals have been in for a long time and may have scheduling impacts.

CONTRACTOR / SUPERINTENDENT

DATE

FORM 01400-1 6/91

SHEET OF

GLADSTONE II D010836

# SUPPLEMENT TO DAILY REPORT

DATE: 08/19/98

CONTRACT NO. N68711-94-C-1754

TITLE: ENLISTED DINING FACILITY

LOCATION: MCAS, MIRAMAR

REPORT NO. 112

CONSTRUCTION AND PLANT EQUIPMENT LEFT ON JOB SITE UNTIL USE IS COMPLETED

| DESCRIPTION | DATE FIRST ON JOB | HOURS WORKED | HOURS IDLED | DATE OF FINAL REMOVAL FROM JOBSITE |
|---|---|---|---|---|
| COMPUTER | 03/02/98 | 8 | 0 | |
| COMPUTER | 04/23/98 | 8 | 0 | |
| COMPUTER | 04/29/98 | 8 | 0 | |
| PRINTER | 03/02/98 | 8 | 0 | |
| PRINTER | 04/29/98 | 8 | 0 | |
| COPIER | 03/02/98 | 8 | 0 | |
| FAX | 03/02/98 | 8 | 0 | |
| 2 WAY RADIO SYSTEM | 03/02/98 | 8 | 0 | |
| 3- DESKS | 03/02/98 | 8 | 0 | |
| CHEVY TRUCK | 03/02/98 | 8 | 0 | |
| 96 FORD VAN | 03/26/98 | 0 | 8 | |
| 96 FORD TRUCK | 04/27/98 | 8 | 0 | |
| 60' OFFICE TRAILER | 03/02/98 | 8 | 0 | |
| 40' TOOL & OFF. TRAILER | 03/02/98 | 8 | 0 | |
| RENTAL FENCE SITE | 03/02/98 | 8 | 0 | |
| CONFERENCE TABLE | 03/02/98 | 8 | 0 | |
| **JOB SITE** | | | | |
| BOBCAT LOADER | 03/26/98 | 8 | 0 | |
| SMOOTH BUCKET | 03/26/98 | 0 | 8 | |
| TOOTH BUCKET | 03/26/98 | 8 | 0 | |
| 3 IN 1 BUCKET | 03/26/98 | 0 | 8 | |
| PALLET FORKS | 04/17/98 | 0 | 8 | |
| STREET SWEEPER | 04/17/98 | 0 | 8 | |
| CONCRETE BREAKER | 03/26/98 | 0 | 8 | |
| BACKHOE ATTACHMENT | 03/26/98 | 0 | 8 | |
| COCRETE SAW | 07/15/98 | 0 | 8 | |
| LIFT-ALL FORKLIFT | 04/24/98 | 8 | 0 | |
| CHAMP FORKLIFT | 03/02/98 | 8 | 0 | |
| FORK EXTENSIONS | 04/24/98 | 0 | 8 | |
| FORKLIFT MAN BASKET | 04/24/98 | 0 | 8 | |
| FLOOR SANDER | 07/15/98 | 0 | 8 | |
| 185 AIR COMPRESSOR | 04/24/98 | 8 | 0 | |
| 2- JACK HAMMER 9016 | 04/24/98 | 0 | 8 | |
| CHIPPING GUN | 04/24/98 | 0 | 8 | |
| CHIPPING GUN | 04/24/98 | 0 | 8 | |
| AIR HOSE 100' | 04/24/98 | 0 | 8 | |
| CHOP SAW | 07/15/98 | 0 | 8 | |
| ROLL OFF STORAGE BIN | 07/15/98 | 0 | 8 | |
| 12' EXTENSION LADDER-1 | 03/02/98 | 0 | 8 | |
| 6' STEP LADDER-6 | 03/02/98 | 0 | 8 | |
| 4' STEP LADDER-1 | 03/02/98 | 0 | 8 | |

# SUPPLEMENT TO DAILY REPORT

DATE: 08/19/98

| CONTRACT NO. | TITLE: ENLISTED DINING FACILITY | REPORT NO. |
|---|---|---|
| N68711-94-C-1754 | LOCATION: MCAS, MIRAMAR | 112 |

CONSTRUCTION AND PLANT EQUIPMENT LEFT ON JOB SITE UNTIL USE IS COMPLETED

| DESCRIPTION | DATE FIRST ON JOB | HOURS WORKED | HOURS IDLED | DATE OF FINAL REMOVAL FROM JOBSITE |
|---|---|---|---|---|
| 1/2" DRILL MOTOR | 03/02/98 | 0 | 8 | |
| 1/2" DRILL PRESS, 3-3/8 DR MOTOR | 03/02/98 | 0 | 8 | |
| SKILSAW / SAWZALL | 03/02/98 | 0 | 8 | |
| WELDER | 07/15/98 | 0 | 8 | |
| BENCH GRINDER | 03/02/98 | 0 | 8 | |
| CHIPMATE CONC. BUSH. | 03/02/98 | 0 | 8 | |
| ELEC. CUTOFF SAW | 03/02/98 | 0 | 8 | |
| DIE GRINDER | 03/02/98 | 8 | 0 | |
| PNEUMATIC NAIL GUN | 04/24/98 | 0 | 8 | |
| PNEUMATIC DRILL | 04/24/98 | 0 | 8 | |
| PNEUMATIC NEEDLE GUN | 04/24/98 | 0 | 8 | |
| PNEUMATIC CHISEL | 04/24/98 | 0 | 8 | |
| PNEUMATIC DIE GRINDER | 04/24/98 | 0 | 8 | |
| PNEUMATIC GRINDER | 04/24/98 | 0 | 8 | |
| PNEUMATIC SAWZALL | 04/24/98 | 0 | 8 | |
| PNEUMATIC ROTO HAMMER | 07/15/98 | 0 | 8 | |
| TEMP LIGHT STRING 200' | 03/02/98 | 0 | 8 | |
| 20AMP POWERCORD700' | 03/02/98 | 0 | 8 | |
| 50AMP POWERCORD300' | 03/02/98 | 8 | 0 | |
| 5- POWER BOXES | 03/02/98 | 8-3 USED | 0 | |
| GAS SAW | 07/15/98 | 0 | 8 | |
| POWER NAIL GUN | 07/15/98 | 0 | 8 | |
| 3000 WATT GEN. | 03/02/98 | 0 | 8 | |
| 2" SUB. PUMP ELECT | 03/02/98 | 0 | 8 | |
| 2" GAS PUMP MQ | 03/02/98 | 0 | 8 | |
| 2" GAS PUMP B&S | 03/02/98 | 0 | 8 | |
| 2-CONCRETE VIBRATORS | 07/15/98 | 0 | 8 | |
| WELDER ARC | 03/02/98 | 0 | 8 | |
| WELDER MI | 03/02/98 | 0 | 8 | |
| PLASMA CUTTER | 03/02/98 | 0 | 8 | |
| MORTAR MIXER | 07/15/98 | 0 | 8 | |
| CONCRETE VIBRATOR | 03/02/98 | 0 | 8 | |
| CONCRETE VIBRATOR | 03/02/98 | 0 | 8 | |
| VIBRATOR PLATE | 7/15/98 | 0 | 8 | |
| 1- HAND TRUCK | 03/02/98 | 0 | 8 | |
| THIN SET MIXER | 07/15/98 | 0 | 8 | |
| 14- BARRICADES | 03/02/98 | 8 | 0 | |
| 15- DELENEATORS | 03/02/98 | 8 | 0 | |
| 18- SIGNS | 03/02/98 | 8 | 0 | |
| PLASMA CUTTER | 07/15/98 | 8 | 0 | |
| CUTTING TORCH | 07/15/98 | 8 | 0 | |

# SUPPLEMENT TO DAILY REPORT

DATE: 08/19/98

CONTRACT NO. N68711-94-C-1754

TITLE: ENLISTED DINING FACILITY

LOCATION: MCAS, MIRAMAR

REPORT NO. 112

CONSTRUCTION AND PLANT EQUIPMENT LEFT ON JOB SITE UNTIL USE IS COMPLETED

| DESCRIPTION | DATE FIRST ON JOB | HOURS WORKED | HOURS IDLED | DATE OF FINAL REMOVAL FROM JOBSITE |
|---|---|---|---|---|
| 3- SKIL SAW | 05/05/98 | 0 | 8 | |
| 1- SM EMGLO AIR COMP. | 05/05/98 | 0 | 8 | |
| 1-HILTI TE22 HAMMER DR | 05/05/98 | 0 | 8 | |
| 1-11/4" ELECT SUB PUMP | 05/05/98 | 0 | 8 | |
| 1-BOSCH ELECT SHEAR | 05/05/98 | 0 | 8 | |
| 1-3/8" DRILL MOTOR | 05/05/98 | 0 | 8 | |
| SHEET METAL SHEER, CART | 07/15/98 | 0 | 8 | |
| 2-60LB JACKHAMMER AIR | 05/05/98 | 0 | 8 | |
| 1- RIVET BUSTER (AIR) | 05/05/98 | 0 | 8 | |
| 1-LG. ROCK DRILL | 05/05/98 | 0 | 8 | |
| 1-SM. ROCK DRILL | 05/05/98 | 0 | 8 | |
| 1- BLOW TUBE | 05/05/98 | 0 | 8 | |
| 300' AIR HOSE | 05/05/98 | 0 | 8 | |
| 3 - ROTO HAMMERS | 07/15/98 | 0 | 8 | |
| 16 ROCK DRILL BITS | 05/05/98 | 0 | 8 | |
| 4 JACK HAMMER BITS | 05/05/98 | 0 | 8 | |
| 5 RIVET BUSTER BITS | 05/05/98 | 0 | 8 | |
| PALLET JACK | 07/15/98 | 0 | 8 | |
| 1-ALUMINUM DOLLY | 05/05/98 | 0 | 8 | |
| BOBCAT | 05/05/98 | 0 | 8 | |
| FILTERS AND FLUIDS | 05/05/98 | 0 | 8 | |
| 2- AIR COMPRESSOR | 05/05/98 | 0 | 8 | |
| 2- POWDER PUFF | 06/02/98 | 0 | 8 | |
| 3 - 10' LADDERS | 06/23/98 | 0 | 8 | |
| 1 - 6' LADDER | 06/23/98 | 0 | 8 | |
| 1 - VACUM CLEANER | 06/23/98 | 0 | 8 | |
| 1 - 24" FAN | 06/23/98 | 0 | 8 | |
| 4 - 1/2 DRILL MOTOR | 06/23/98 | 0 | 8 | |
| 100' AIR HOSE | 06/23/98 | 0 | 8 | |
| 50' WATER HOSE | 06/23/98 | 0 | 8 | |
| 1 HUDSON SPRAY CAN | 06/23/98 | 0 | 8 | |
| 3 TOILETS | 03/02/98 | 8 | 0 | |
| 1- DUMPSTER 4 DUMPS | 7/8/98 | 8 | 0 | |
| PLUMBING TRAILER | 03/16/98 | 8 | 0 | |
| TEMP FENCE LAY DOWN AREA | 06/15/98 | 8 | 0 | |
| LOW BOY DUMPSTER | 07/08/98 | 8 | 0 | |
| WHEELBARROW | 7/15/98 | 8 | 0 | |
| GAS POWERED WEED EATER | 7/15/98 | 0 | 8 | |
| PENCIL CONCRETE VIBRATOR | 7/15/98 | 0 | 8 | |
| ONE TON DUMP TRUCK | 07/15/98 | 0 | 8 | |
| 2-1/16 HP SUMP TRUCK | 07/15/98 | 0 | 8 | |

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 08/18/98

CONTRACT NO.: 744-94-C-1754
TITLE AND LOCATION: ENLISTED DINING FACILITY
REPORT NO.: 111

CONTRACTOR: William G. Tadlock Construction
SUPERINTENDENT: STEVE ERICKSON

AM WEATHER: SUNNY
PM WEATHER: SUNNY
MAX TEMP: 90F
MIN EMP: 58F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| SUPERVISE JOBSITE | WGT | 2 | SUPT. / CQC | 16 |
| LAY OUT FOR PRECAST WALL CAPS, MASONS, ELECTRICAL, MECHANICAL | WGT | 1 | CARPENTER FORE. | 8 |
| SET WALL ANGELS, CLEAN UP SORT OUT DUCT WORK, | WGT | 4 | LABOR | 32 |
| PLACE BLOCK OUTS IN CMU. | | | | |
| | | | | |
| ROUGH IN MASONRY ELECTRICAL, SHADE SAND OVER | DYNALECTRIC | 1 | GENERAL FOREMAN | 8 |
| CONDUITS @ S.O.G. | | | | |
| ROUGH IN MASONRY ELECTRICAL, SHADE SAND OVER | DYNALECTRIC | 1 | APP WIREMAN | 8 |
| CONDUITS @ S.O.G. | | | | |
| | | | | |
| | | | | |
| | | | | |
| PLACE CMU BASIS IN DINING, GROUT ENTRY AND COLUMN BASES | P.K. NEIL | 3 | MASONS | 24 |
| HELP MASONS GROUT & STOCK BLOCK FOR COLUMN BASES. | P.K. NEIL | 5 | TENDERS | 40 |

## JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE ? YES NO
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE YES NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE ? YES NO
(If YES attach copy of checklist showing inspection performed)

WAS HAZAROOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT ? YES NO
(If YES attach description of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 136

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 10752

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 10888

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED
YES — SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

WET BLOCK SAW 8 HRS.
GROUT PUMP 8 HRS.
MIXER 8 HRS.

REMARKS: THE ROICC HAS YET TO GIVE THE CONTRACTOR DIRECTION TO INSTALL STAINLESS STEEL BURNERS FOR EC-1 THROUGH EC-6.

CONTRACTOR / SUPERINTENDENT

DATE: 08/18/98

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 18 August 98

CONTRACT NO.: N68744-94-C-1754

TITLE AND LOCATION: Enlisted Dining Facility

REPORT NO.: 111

ACTOR: Wm. G. TADLOCK, Inc.

SUPERINTENDENT: STEVE ERICKSON

AM WEATHER: Cloudy early AM, Clearing late AM.

PM WEATHER: Sunny & very warm.

MAX TEMP. 90 °F

MIN. TEMP. 58 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | # | TRADE | HRS |
|---|---|---|---|---|
| Supervise job site | WGT | 2 | Supt./ CQC | 16 |
| Shoot grades for grading of slab on grade, start lay out for duct wk. | WGT | 1 | Carpenter foreman | 8 |
| Set wall angles, clean up, sort out duct work. | WGT | 4 | Labor | 32 |
| | | | | |
| Rough in masonry electrical, Shade sand over conduits @ S.O.G. | Dynalectric. | 1 | General Foreman | 8 |
| Rough in masonry electrical, Shade sand over conduits @ S.O.G. | Dynalectric. | 1 | App. Wireman | 8 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Place CMU on pilasters above F. F. | P. K. Neil | 3 | Masons | 24 |
| Help masons with pilasters, clean up take down scaffold. | P. K. Neil | 5 | Tenders | 40 |
| | | | | |

## JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE ? YES NO
(If YES attach copy of meeting minutes)

WHERE THERE ANY LOST TIME ACCIDENTS THIS DATE ? YES NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE ? YES NO
(If YES attach copy of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL / WASTE RELEASED INTO THE ENVIRONMENT ? YES NO
(If YES attach description of incident and proposed)

TOTAL WORK HOURS ON JOB SITE THIS DAY: 136

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 10752

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 10888

LIST SAFETY ACTIONS TAKEN TODAY / SAFETY INSPECTIONS CONDUCTED

n/a

Y SAFETY REQUIREMENTS HAVE BEEN MEET

EQUIPMENT / MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

N/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

Wet block saw 8 hrs
Grout pump 8 hrs.
Mixer 8 hrs.

*Maha please list the fork lift / Champ & Kittall & bob cat with bucket for 8 hrs on our supplement to the daily report.* **********

REMARKS

The ROICC has yet to give the Contractor direction to install stainless steel burners for EC-1 through EC-6.

CONTRACTOR / SUPERINTENDENT

DATE

FORM 01400-1 6/91

SHEET OF

| SUPPLEMENT TO DAILY REPORT | | | | DATE: 08/19/98 |
|---|---|---|---|---|
| CONTRACT NO. N68711-94-C-1754 | TITLE: ENLISTED DINING FACILITY<br>LOCATION: MCAS, MIRAMAR | | | REPORT NO. 111 |
| CONSTRUCTION AND PLANT EQUIPMENT LEFT ON JOB SITE UNTIL USE IS COMPLETED | | | | |
| DESCRIPTION | DATE FIRST ON JOB | HOURS WORKED | HOURS IDLED | DATE OF FINAL REMOVAL FROM JOBSITE |
| COMPUTER | 03/02/98 | 8 | 0 | |
| COMPUTER | 04/23/98 | 8 | 0 | |
| COMPUTER | 04/29/98 | 8 | 0 | |
| PRINTER | 03/02/98 | 8 | 0 | |
| PRINTER | 04/29/98 | 8 | 0 | |
| COPIER | 03/02/98 | 8 | 0 | |
| FAX | 03/02/98 | 8 | 0 | |
| 2 WAY RADIO SYSTEM | 03/02/98 | 8 | 0 | |
| 3- DESKS | 03/02/98 | 8 | 0 | |
| CHEVY TRUCK | 03/02/98 | 8 | 0 | |
| 96 FORD VAN | 03/26/98 | 0 | 8 | |
| 96 FORD TRUCK | 04/27/98 | 8 | 0 | |
| 60' OFFICE TRAILER | 03/02/98 | 8 | 0 | |
| 40' TOOL & OFF. TRAILER | 03/02/98 | 8 | 0 | |
| RENTAL FENCE SITE | 03/02/98 | 8 | 0 | |
| CONFERENCE TABLE | 03/02/98 | 8 | 0 | |
| JOB SITE | | | | |
| BOBCAT LOADER | 03/26/98 | 8 | 0 | |
| SMOOTH BUCKET | 03/26/98 | 0 | 8 | |
| TOOTH BUCKET | 03/26/98 | 8 | 0 | |
| 3 IN 1 BUCKET | 03/26/98 | 0 | 8 | |
| PALLET FORKS | 04/17/98 | 0 | 8 | |
| STREET SWEEPER | 04/17/98 | 0 | 8 | |
| CONCRETE BREAKER | 03/26/98 | 0 | 8 | |
| BACKHOE ATTACHMENT | 03/26/98 | 0 | 8 | |
| COCRETE SAW | 07/15/98 | 0 | 8 | |
| LIFT-ALL FORKLIFT | 04/24/98 | 8 | 0 | |
| CHAMP FORKLIFT | 03/02/98 | 8 | 0 | |
| FORK EXTENSIONS | 04/24/98 | 0 | 8 | |
| FORKLIFT MAN BASKET | 04/24/98 | 0 | 8 | |
| FLOOR SANDER | 07/15/98 | 0 | 8 | |
| 185 AIR COMPRESSOR | 04/24/98 | 8 | 0 | |
| 2- JACK HAMMER 9016 | 04/24/98 | 0 | 8 | |
| CHIPPING GUN | 04/24/98 | 0 | 8 | |
| CHIPPING GUN | 04/24/98 | 0 | 8 | |
| AIR HOSE 100' | 04/24/98 | 0 | 8 | |
| CHOP SAW | 07/15/98 | 0 | 8 | |
| ROLL OFF STORAGE BIN | 07/15/98 | 0 | 8 | |
| 12' EXTENSION LADDER-1 | 03/02/98 | 0 | 8 | |
| 6' STEP LADDER-6 | 03/02/98 | 0 | 8 | |
| 4' STEP LADDER-1 | 03/02/98 | 0 | 8 | |

# SUPPLEMENT TO DAILY REPORT

DATE: 08/18/98

| CONTRACT NO. N68711-94-C-1754 | TITLE: ENLISTED DINING FACILITY<br>LOCATION: MCAS, MIRAMAR | REPORT NO. 111 |
|---|---|---|

CONSTRUCTION AND PLANT EQUIPMENT LEFT ON JOB SITE UNTIL USE IS COMPLETED

| DESCRIPTION | DATE FIRST ON JOB | HOURS WORKED | HOURS IDLED | DATE OF FINAL REMOVAL FROM JOBSITE |
|---|---|---|---|---|
| 1/2" DRILL MOTOR | 03/02/98 | 0 | 8 | |
| 1/2" DRILL PRESS, 3-3/8 DR MOTOR | 03/02/98 | 0 | 8 | |
| SKILSAW / SAWZALL | 03/02/98 | 0 | 8 | |
| WELDER | 07/15/98 | 0 | 8 | |
| BENCH GRINDER | 03/02/98 | 0 | 8 | |
| CHIPMATE CONC. BUSH. | 03/02/98 | 0 | 8 | |
| ELEC. CUTOFF SAW | 03/02/98 | 0 | 8 | |
| DIE GRINDER | 03/02/98 | 8 | 0 | |
| PNEUMATIC NAIL GUN | 04/24/98 | 0 | 8 | |
| PNEUMATIC DRILL | 04/24/98 | 0 | 8 | |
| PNEUMATIC NEEDLE GUN | 04/24/98 | 0 | 8 | |
| PNEUMATIC CHISEL | 04/24/98 | 0 | 8 | |
| PNEUMATIC DIE GRINDER | 04/24/98 | 0 | 8 | |
| PNEUMATIC GRINDER | 04/24/98 | 0 | 8 | |
| PNEUMATIC SAWZALL | 04/24/98 | 0 | 8 | |
| PNEUMATIC ROTO HAMMER | 07/15/98 | 0 | 8 | |
| TEMP LIGHT STRING 200' | 03/02/98 | 0 | 8 | |
| 20AMP POWERCORD700' | 03/02/98 | 0 | 8 | |
| 50AMP POWERCORD300' | 03/02/98 | 8 | 0 | |
| 5- POWER BOXES | 03/02/98 | 8-3 USED | 0 | |
| GAS SAW | 07/15/98 | 0 | 8 | |
| POWER NAIL GUN | 07/15/98 | 0 | 8 | |
| 3000 WATT GEN. | 03/02/98 | 0 | 8 | |
| 2" SUB. PUMP ELECT | 03/02/98 | 0 | 8 | |
| 2" GAS PUMP MQ | 03/02/98 | 0 | 8 | |
| 2" GAS PUMP B&S | 03/02/98 | 0 | 8 | |
| 2-CONCRETE VIBRATORS | 07/15/98 | 0 | 8 | |
| WELDER ARC | 03/02/98 | 0 | 8 | |
| WELDER MI | 03/02/98 | 0 | 8 | |
| PLASMA CUTTER | 03/02/98 | 0 | 8 | |
| MORTAR MIXER | 07/15/98 | 0 | 8 | |
| CONCRETE VIBRATOR | 03/02/98 | 0 | 8 | |
| CONCRETE VIBRATOR | 03/02/98 | 0 | 8 | |
| VIBRATOR PLATE | 7/15/98 | 0 | 8 | |
| 1- HAND TRUCK | 03/02/98 | 0 | 8 | |
| THIN SET MIXER | 07/15/98 | 0 | 8 | |
| 14- BARRICADES | 03/02/98 | 8 | 0 | |
| 15- DELENEATORS | 03/02/98 | 8 | 0 | |
| 18- SIGNS | 03/02/98 | 8 | 0 | |
| PLASMA CUTTER | 07/15/98 | 8 | 0 | |
| CUTTING TORCH | 07/15/98 | 8 | 0 | |

| SUPPLEMENT TO DAILY REPORT | | | | DATE: 08/18/98 |
|---|---|---|---|---|
| CONTRACT NO. N68711-94-C-1764 | TITLE: ENLISTED DINING FACILITY LOCATION: MCAS, MIRAMAR | | | REPORT NO. 111 |
| CONSTRUCTION AND PLANT EQUIPMENT LEFT ON JOB SITE UNTIL USE IS COMPLETED | | | | |
| DESCRIPTION | DATE FIRST ON JOB | HOURS WORKED | HOURS IDLED | DATE OF FINAL REMOVAL FROM JOBSITE |
| 3- SKIL SAW | 05/05/98 | 0 | 8 | |
| 1- SM EMGLO AIR COMP. | 05/05/98 | 0 | 8 | |
| 1-HILTI TE22 HAMMER DR | 05/05/98 | 0 | 8 | |
| 1-1 1/4" ELECT SUB PUMP | 05/05/98 | 0 | 8 | |
| 1-BOSCH ELECT SHEAR | 05/05/98 | 0 | 8 | |
| 1-3/8" DRILL MOTOR | 05/05/98 | 0 | 8 | |
| SHEET METAL SHEER, CART | 07/15/98 | 0 | 8 | |
| 2-60LB JACKHAMMER AIR | 05/05/98 | 0 | 8 | |
| 1- RIVET BUSTER (AIR) | 05/05/98 | 0 | 8 | |
| 1-LG. ROCK DRILL | 05/05/98 | 0 | 8 | |
| 1-SM. ROCK DRILL | 05/05/98 | 0 | 8 | |
| 1- BLOW TUBE | 05/05/98 | 0 | 8 | |
| 300' AIR HOSE | 05/05/98 | 0 | 8 | |
| 3 - ROTO HAMMERS | 07/15/98 | 0 | 8 | |
| 16 ROCK DRILL BITS | 05/05/98 | 0 | 8 | |
| 4 JACK HAMMER BITS | 05/05/98 | 0 | 8 | |
| 5 RIVET BUSTER BITS | 05/05/98 | 0 | 8 | |
| PALLET JACK | 07/15/98 | 0 | 8 | |
| 1-ALUMINUM DOLLY | 05/05/98 | 0 | 8 | |
| BOBCAT | 05/05/98 | 0 | 8 | |
| FILTERS AND FLUIDS | 05/05/98 | 0 | 8 | |
| 2- AIR COMPRESSOR | 05/05/98 | 0 | 8 | |
| 2- POWDER PUFF | 06/02/98 | 0 | 8 | |
| 3 - 10' LADDERS | 06/23/98 | 0 | 8 | |
| 1 - 6' LADDER | 06/23/98 | 0 | 8 | |
| 1 - VACUM CLEANER | 06/23/98 | 0 | 8 | |
| 1 - 24" FAN | 06/23/98 | 0 | 8 | |
| 4 - 1/2 DRILL MOTOR | 06/23/98 | 0 | 8 | |
| 100' AIR HOSE | 06/23/98 | 0 | 8 | |
| 50' WATER HOSE | 06/23/98 | 0 | 8 | |
| 1 HUDSON SPRAY CAN | 06/23/98 | 0 | 8 | |
| 3 TOILETS | 03/02/98 | 8 | 0 | |
| 1- DUMPSTER 4 DUMPS | 7/8/98 | 8 | 0 | |
| PLUMBING TRAILER | 03/16/98 | 8 | 0 | |
| TEMP FENCE LAY DOWN AREA | 06/15/98 | 8 | 0 | |
| LOW BOY DUMPSTER | 07/08/98 | 8 | 0 | |
| WHEELBARROW | 7/15/98 | 8 | 0 | |
| GAS POWERED WEED EATER | 7/15/98 | 0 | 8 | |
| PENCIL CONCRETE VIBRATOR | 7/15/98 | 0 | 8 | |
| ONE TON DUMP TRUCK | 07/15/98 | 0 | 8 | |
| 2-1/16 HP SUMP TRUCK | 07/15/98 | 0 | 8 | |

# 10

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 2

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (IF APPLICABLE) |
|---|---|---|---|
| A00013 | See 16C | 8 OCT 98 | P005 |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY (IF OTHER THAN ITEM 6) CODE |
|---|---|
| OICC MIRAMAR<br>ATTN: 52M0<br>PO BOX 452004<br>SAN DIEGO CA 92145-2004 | Defense Finance & Accounting Service<br>Operating Location Oakland<br>Attn: Code FPV<br>P. O. Box 23870<br>Oakland, California 94623-3870 |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

WM. G. TADLOCK, INCORPORATED
1565 Hillsmont Drive
El Cajon CA 92020

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: N68711-94-C-1754

10B. DATED (SEE ITEM 13): 5 February 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA 1798021205 2581 0252 11211 0 068711 2A 000000 AA000R024986 19,858.00 EROM
RCP Number: NXX02598AL6334

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-04 CHANGES (AUG 1987)

D: OTHER (Specify type of modification and authority)

E: IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return Original copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT: N68711-94-C-1754, P005 Enlisted Dining Facility, Marine Corps Air Station, Miramar, San Diego, CA

TO KTR 10/14

Description of this Modification continues on page 2.

Conformed 10/15

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | K. Valentine<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

BLOCK 14. DESCRIPTION OF MODIFICATION

As agreed to on 18 September 1998, the following price is complete equitable adjustment for the following:

PC #000009: Add control joints in CMU. RFI 8
Add: $19,858.00

As a result of the Modification agreed to herein, the total contract price is hereby increased by $19,858.00, from $6,163,331.37, to $6,183,189.37. The contract period of performance remains unchanged.

"CONTRACTOR'S STATEMENT OF RELEASE"

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

Dist
Orig to file
Disbursing
Contractor

# 11

| Naval Equipment Symbol | Log Class | Description (*) denotes 'Bid Additive' |
|---|---|---|
| | | and wedge; High-density polyethylene lock button, post cap and center beam cap; 304 CRS collar and lock cylinder; High temperature polyamide adhesive bonding of longitudinal beams to end beams; Accessories: Provide leveling bolts for all posts; No 'S' hooks shall be allowed; Field verification required |
| KT-99-0 | A | ITEM 31 - MOBILE UTILITY CARTS; 2 required; 1473mm L x 610mm W x 1727mm H; Base: A perimeter frame of 38mm x 70mm extruded aluminum tube with 32mm x 57mm x .100 T-Bar spaced at 44mm intervals and welded perpendicular to the shelf length; Upper shelf has 32mm x 57mm x .100 T-Bar welded (44mm apart) perpendicular to two laterals of 38mm x 70mm tube; Uprights to be constructed of 38mm x 38mm heavy well tube welded to the base and shelf; (4) 150mm diameter plate mounted casters with 50mm wide polyolefin wheels, (2) swivel (with brake), (2) rigid; load capacity - 340 kg each; Accessories: Full perimeter bumper |
| | A | ITEM 32 - HOT WATER BOOSTERS; 2 required; 1067mm H x 597mm W x 813mm D; Gas hot water booster; Self-diagnostic electronic control with digital readout; CRS tank construction, 170 L capacity; First hour rating: 1022 L; Vent size: 76mm; 115-60-1; 25 HW / INDIRECT WASTE / 20 NAT GAS / 199 MBTU/hr; Zero clearance to any combustible surface |
| KT-16-0 | A | ITEM 33 - STAINLESS STEEL STANDS FOR ITEM 32; 2 required; 914mm L x 914mm W x 914mm H; Custom fabricate of CRS in accordance with document drawings and as specified; Top shall be fabricated of 1.9mm #304 CRS; All edges turned down 38mm; Cross brace sides and back; Legs shall be 38mm with adjustable CRS bullet feet |
| KD-83-0 | A | ITEM 34 - MOBILE DISH CARTS; 12 required; 810mm H x 600mm W x 600mm D; Polymer "Poker Chip" Dish Dollies; Four dish columns, approx 60 dish (240mm size) capacity per column; High-density plastic with a rigid polyurethane foam core; Seamless, |

| Naval Equipment Symbol | Log Class | Description (*) denotes 'Bid Additive' |
|---|---|---|
| | | molded polymer construction, equipped with handgrip on all four sides; Four B5DN swivel casters, 2 with brakes; ball bearing swivel; ball bearing axle. Nickel-plated, pre-lubricated casters with neoprene-tires. Casters are bolted to an internal metal support plate; Standard 6 mil vinyl cover |
| KS-S2-0 | A | ITEM 35 - MOP SINK w/FAUCET; 1 ea required; 406mm x 508mm x 305mm Bowl with 406mm overall height; Floor-mounted; No-drip die formed recessed V-edge on three sides with a tile edge furnished on the rear; Sink bowl is seamless and is Deep Drawn designed; Deep Drawn bowls have large liberal radii with a minimum of 75mm and rectangular in design; All TIG welded. Welded areas blended to match adjacent surfaces and to a satin finish; Entire unit is 1.6mm #304 CRS |
| KF-08-8 | A | Accessories: Service faucet; Built in valve on 203mm centers; Rigid vacuum breaker spout; Wall brace and pail hook; 19mm hose thread outlet; #633 handles; 20 HW / 20 CW / DIRECT WASTE |
| KS-40-0 | A | ITEM 36 - CHEMICAL STORAGE CABINET; 1 required; 1524mm L x 300mm D; Wall hung cabinet with intermediate shelf; Sloping top enhances sanitary configuration; All welded using the TIG process; Welded seams finished to match adjacent surfaces; Unit polished to a satin finish; 1.3mm #430 CRS; Wall backing required |
| KD-04-0 | A | ITEM 37 - FLIGHT-TYPE DISHWASHER; 1 required; Right to Left Feed Direction; High capacity, expandable rackless conveyor warewasher; Continuous conveyor belt drive to be equipped with a variable speed 610mm to 3650mm per minute and to have 725mm belt for extra capacity; Co-polymer peg links can be changed individually in seconds without removal of the belt; Safety stop at unload end of machine eliminates ware breakage and pile up; Inspection and scrap removal doors to be provide for each section of the machine; Start and stop stations to be conveniently mounted at both |

Naval
Equipment Log
Symbol Class Description (*) denotes 'Bid Additive'

the load and unload sections of the machine;All machines to be completely interwired and plumbed; Power scrapping eliminates pre-rinsing and reduces detergent consumption; scrapped waste is flushed over inclined scrap screens into a separate catchment; scrap catchment can be cleaned from the exterior of the machine while it remains in full operation; Expended final rinse water is piped to the scrapper section to be recycled; Unique center fed manifolds evenly distribute 1135 L of recirculated water over the ware per minute; removable manifolds are easy to clean and require no tools; CRS strainer pans filter recirculated water; Pumps have easy to remove inspection plates; Easy to read temperature gauges monitor all functions; Final rinse is activated automatically only when ware passes through the final rinse section; high temperature rinse distributes 180 degree water over ware to both sanitize and speed drying; low temperature rinse eliminates the need for a hot water booster heater; Type 304, 18-8, #4 CRS tank and hood, CRS frame and legs, adjustable CRS feet;CRS enclosure panels surround the entire machine; CRS conveyor belt framework: cross rods, side and center tension links, springs and pins; supported on 18-8 CRS angle tracks by celcon belt rollers; Conveyor drive, idler shafts and sprockets are 18-8 CRS; Shaft bearings are neoprene grease-sealed, self-aligning ball bearings and are mounted on the outside of the frame, away from soil, water and detergent; All tank areas are covered with removable CRS strainer pans; Internal supply lines for steam and hot water are 20mm IPS; internal drain line is 50mm IPS, both Type K copper; Electric tank heat thermostatically controlled with low water cut-off; 115-60-1 AND 208-60-3; 20 HW / INDIRECT WASTE / 20 NAT GAS / 184 MBTU/hr

KH-64-7 A ITEM 38 - VENT COWLS - PART OF ITEM 37; 2 required; Custom fabricate as indicated in paragraph "HOODS" Type 7; Fabricate of 16-ga #304 CRS; Provide with vent damper; Fabricate with 45° bends back the machine on both sides of the

| Naval Equipment Symbol | Log Class | Description (*) denotes 'Bid Additive' |
|---|---|---|
| | | overflow assembly; INDIRECT WASTE |
| KF-08-8 | A | ITEM 59 - FAUCET FOR ITEM 58; 1 required; 203mm OC; Back mounted sink fitting; L9 241mm swing spout with E3 aerator; #369 handles; Adjustable G supply arms with 13mm IPS female inlet; Chrome plated finish; 20 HW / 20 CW |
| KC-87-5 | A | ITEM 60 - SOILED POT TABLE; 1 required; 3124mm W x 762mm D x 864mm H; Custom fabricate of CRS in accordance with document drawings and as indicated in paragraph "CUSTOM-FABRICATED COUNTERS, DISHWASHER COUNTERS, AND SINKS"; Crossbrace as indicated; Provide 250mm H backsplash; Front and exposed end up and rolled with interior end customized for dishmachine opening |
| KD-06-2 | A | ITEM 61 - POTWASHER; 1 required; 851mm L x 876mm W x 2515mm H with doors raised; #304, 18-8, #4 CRS tank and hood; CRS frame and legs; Enclosed adjustable CRS feet; CRS front enclosure panel; Rack complement to include CRS racks: one basket rack, one general utility rack, one counter pan rack and one bun pan rack; CRS strainer pans filter wash and rinse water; 3 HP drip-proof motor to have overload protection, extended CRS shaft, sealed ball bearings and manual reset buttons; Complete internal plumbing and wiring; Electric tank heat, thermostatically controlled with low water cut-off; Kit #55, a pre-plumbed and installed plumbing kit that includes a pressure regulating valve, pressure gauge and a shock arrester; 208-60-3; 20 HW / INDIRECT WASTE / 15 NAT GAS / 46 MBTU/hr |
| KH-64-5 | A | ITEM 62 - EXHAUST HOOD; 1 required; 1219mm W; Custom fabricated; as indicated in paragraph "HOODS", Type 6, CRS; Hood Manufacturer to supply Start/Stop switch in hood |
| KC-87-1 | A | ITEM 63 - CLEAN POT TABLE; 1 required; L-shape: 2057mm and 2591mm x 762mm D x 940mm H; Custom fabricated; as indicated in paragraph "CUSTOM-FABRICATED COUNTERS, DISHWASHER COUNTERS, AND |

# 12

27 Dec 99

MEMORANDUM TO FILE

From: LT Stephen Revelas

Subj: MCAS Miramar Enlisted Dining Facility (EDF) Delay Claim

Contract number N68711-94-C-1754 was awarded in February of 1998 to William G. Tadlock, Inc. (WGT) in the amount of $6,008,622 to construct a new Enlisted Dining Facility at MCAS Miramar. Mr. Mike McGaw and Ms. Katherine Valentine were designated as the ROICC contracts team to administer the contract. In December of 1998, Mr. McGaw was reassigned to Southwest Division headquarters. I was appointed to replace Mr. McGaw as the Project Manager. I oversaw the daily progress of this project until its completion in July of 1999.

It was apparent during my turnover with Mr. McGaw that the project was falling behind. I attended a meeting on 12 November 1998 which had been convened by Mike to discuss the delays to the project and the multiple logic errors of the contractors CPM (see enclosure 1). The contractor dismissed the schedule as a poor management decision to subcontract its development to an independent consultant. The contractor, however, felt that the lack of a viable schedule did not have any bearing upon the lagging progress, but that the many unforeseen underground conditions had set the project behind. Despite this claim, the contractor refused to assess any time impacts associated with modifications to the contract as a result of these unforeseen conditions. The contractor stated that they could not yet determine the time impact to the project.

In January of 1999, I insisted that all modifications made in 1998 be resolved with respect to time. The resolution of time had been discussed during the partnering workshop on 8 December of 1998, but no action had been taken on the part of the contractor. WGT agreed to provide a full impact schedule proposal on 1 February. WGT was subsequently granted an extension to 19 February in order to submit their time proposal. Their proposal was analyzed by Mike McGaw, Bruce Lyon (scheduler for DMJM), and myself over the ensuing weeks. A letter was sent to WGT in April requesting additional information regarding inconsistencies with their proposed schedule. A response to those questions was never received. I held meetings with WGT's Project Manager, Steven Tadlock, through early August to try to resolve our differences on their time proposal (see enclosure 2). Despite our efforts, resolution was not reached and on 10 August, the owner of WGT stated that he would submit a claim to the government. Despite this stated intention, no claim has been submitted. However, in a telephone conversation with Jerry Silva (successor to Steve Tadlock as PM) of WGT on 6 December 1999, Mr. Silva stated that he had spoken to Bill Tadlock (WGT owner) concerning the time proposal and that Bill would be submitting the claim by the end of December (see enclosure 3). Due to my imminent transfer from the command, I have resurrected the schedule analysis of last spring and compiled the following documentation to support my analysis. This document should provide ample information for my successor to defend the government's position in this contentious matter.

The schedule submitted last February as a part of WGT's proposal for time and money on delays incurred with the construction of the dining facility was given to Bruce Lyon, the scheduler for DMJM. He ran a Claim Digger report on the schedule to see what activities had changed in duration and/or relationship from the baseline schedule (see enclosure 4). Mr. Lyon also sorted the schedule by late start (LS) and compared the LS of as-built schedule to the baseline schedule (see enclosure 5). Based on this sorting, we identified those activities that had caused delays to the project. In WGT's analysis, they had identified the civil site demolition and the lack of control joints for the masonry as the main culprits. Our analysis concurred with WGT's analysis with respect to these activities. WGT also felt that the roof penetrations for food service equipment that were not identified on the plans caused delays to the installation of the roof. Due to the fact that the installation of the roof was one of the last features of work on the baseline schedule, it did not fall on the critical path. However, the late scheduling of the roof installation on the baseline schedule was an obvious error in job sequencing. I have therefore included the roof installation in my analysis. Despite the fact that the placement of the slab-on-grade did not reveal itself to be a driving factor, I have also included it in my analysis due to the many RFI's regarding utilities for various food service components.

An analysis of the civil site demolition revealed that there were several issues of unforeseen conditions associated with the underground work for the project. Hard digging and working around existing utilities which were not shown on the plans accounted for 7 workdays (24 Mar; 13, 14, 28 April; 12-14 May; 10 June). The building footings had to be excavated deeper in order to be on formational material. This work accounted for 3 workdays (12, 15, 24 June). Due to clayey soils, additional export and import was required for the building pad, accounting for 2 additional workdays (3, 4 June). Due to delays by the contractor in submittals for section 02220 Demolition and Removal and section 02301 Earthwork for Structures and Pavements, approval for these features of work did not occur until 23 April. Therefore, three workdays are concurrent and the balance (seven) is attributed to the government. This translates into 9 calendar days.

Once the building footings were poured, the masonry walls could commence. The contractor points at the lack of CMU control joints as a delay on the project. The baseline schedule has a LS of 26 May. Actual start (AS) for the masonry walls was 19 Jun for a difference of 24 calendar days. The walls were completed on 16 August for a duration of 58 calendar days. With an original duration of 42 calendar days, the difference is 16 calendar days. Considering the fact that there were routinely only 3 masons on site and the fact that no masons were present on 10 August, the longer duration is not surprising. Although the additional layout for control joints was not time consuming, an additional 10 workdays is allotted for this additional work and coordination. The 10 workdays translate into 14 calendar days.

The next major feature of work, the placing of the slab-on-grade was dependent upon all of the underground work and the underslab plumbing and electrical. There were several RFI's generated concerning the underslab utilities that had to be resolved prior to the placement of the slab. The underslab electrical and plumbing finished 26 and 34 days later than the LF (late finish) of the baseline schedule, respectively. The actual finish of the slab was on 9 September, 33 days later than the 6 Aug LF of the baseline schedule. Since the underground work associated was behind a total of 24 calendar days (see late start of masonry), an additional 9 calendar days of delay occurred in the slab-on-grade. All of this time is attributed to the government.

The next major feature of work analyzed was the installation of the roof. Completion of the roof allows for commencement of interior work. The baseline schedule shows a 4 Mar 99 LF for the membrane roof. With a completion date of 22 Mar, this is an obvious error in the contractor's sequencing of work. In order to get the roof work started, the contractor must have all of the structural steel, equipment supports, wind screen supports, and penetration framing completed. The baseline schedule allotted 13 days for steel deck installation, yet the installation spanned 41 days. The contractor contends that the plans were not coordinated and that many additional penetrations were required for food service equipment causing delays to the roof installation. This is substantiated by PC's 39 and 40 for gas flues and vents for items #37 and #61 . The response to the associated RFI was sent to WGT on 11 Nov and the work was completed on 23 Nov.

However, the daily reports also show delays on the part of WGT during this time period. The metal deck installation started on 23 Sep. The erection of steel joists, girders, and beams were ongoing through 22 Sep. The installation of the steel deck could not have started any earlier despite the outstanding RFI's on vents and flues. Additionally, WGT could not complete the roof because they were waiting for the fabrication of the mechanical equipment supports. The submittal for the equipment supports was last returned to the contractor for revision on 13 Oct. WGT gave C&B Steel authorization to fabricate the supports on 20 Oct. The equipment supports were installed between 16 and 22 Nov. Placing of roof insulation commenced on 24 Nov. Since the baseline schedule had an unreasonable date for roofing, the start of the gypsum board on 23 Nov gives us the impact of the steel and roof deck delays. Per the baseline schedule, the gypsum walls were to commence on 14 Sep, representing a delay of 70 calendar days. Since the steel deck placement only started 31 days late (LS of 23 Aug, AS 23 Sep), 39 days of project delay are attributable to the steel and roof deck delays. These 39 days are considered a concurrent delay since both WGT and the government delayed the project over this time period.

Gypsum board completion was the final feature of work analyzed. There are several RFI's and notes in meeting minutes alluding to delays to the placement and finishing of gypsum walls as a result of utility connections to food service equipment. Having started the gypsum placement 70 days behind schedule, the contractor finished the gypsum placement on 8 February, only 62 days behind the LF of 6 Nov. No evidence of increased work hours substantiate possible claims of acceleration.

It was at this point on the schedule that the contractor submitted their proposal for extended overhead for 114 days (through a projected completion date of 14 July, see enclosure 6). The proposal schedule varied from the baseline schedule in many respects. The building was accepted on 8 Jul. Since the

building was completed in less time than projected, analysis of the remainder of the features of work was not done. Once again, there was no increase in manpower or man-hours between February and July.

The original contract completion date for the project was 22 March 1999. A one-day extension to the contract was given for a power outage on 29 June 1998 as part of PC#21 (mod A0022). The total government impact from the items discussed above is 74 calendar days. The extended contract completion date is 7 June 1999 (5 June 1999 is a Saturday). Of those 74 days, 32 are considered the sole responsibility of the government. The contractor should be compensated at a rate of $1000 per day for a total of $32,000. The remainder (42 days) are concurrent delays and shall be time only. Liquidated damages in the amount of $3700 per day for the 31 days between 7 June and the acceptance of the facility on 8 July ($114,700) should be assessed to William G. Tadlock, Inc.

To date, WGT has invoiced for $6,212,675 (through Mod A00026), but $112,000 has been withheld pending resolution of the contract delays (see enclosure 7). The total value of the contract (through Mod A00031/PC89) is $6,330,628. Considering the liquidated damages and extended overhead due each party to the contract, the government should approve a final invoice of $35,253 and release the $112,000 retention for a total contract payment of $6,247,928.

# 13

Prime Cover

FILE COPY

NAVFAC 4330/43 (8/88)

Wm. G. Tadlock, Inc.

| | | | |
|---|---|---|---|
| CONTRACT NUMBER : | N68711-94-B-1754 | DATE : | 19-Feb-99 |
| CONTRACT TITLE : | Enlisted Dining Faccility | PROPOSAL No. : | 1 |
| CHANGE DISCRIPTION : | Impact Delay Costs | | |

| | PRIME CONTRACTOR'S WORK | | | | | Revisions / Comments |
|---|---|---|---|---|---|---|
| 1. | Direct Materials | | | 1,011 | | |
| 2. | Sales Tax on Materials | 7.75% | of line 11 | 78 | | |
| 3. | Direct Labor | | | 18,711 | | |
| 4. | Insurance, Taxes, and Fringe Benefits | 44.00% | of line 3 | 8,233 | | |
| 5. | Rental Equipment | | | 1,006 | | |
| 6. | Sales Tax on Rental Equipment | 7.75% | of line 5 | 78 | | |
| 7. | Equipment Ownership and Operating Expenses | | | 5,760 | | |
| 8. | SUBTOTAL (add lines 1 - 7) | | | | 34,877 | |
| 9. | Field Overhead | 10.00% | of line 8 | 3,488 | | |
| 10. | SUBTOTAL (add lines 8 & 9) | | | | 38,365 | |

| | SUBCONTRACTORS WORK | | | | |
|---|---|---|---|---|---|
| | a. DYNA | 892.13 | 26,764 | | |
| | b. Davis Mechanical | 184.98 | 5,549 | | |
| | c. CMH | 1443.63 | | | |
| | d. | | - | | |
| | e. | | - | | |
| | f. | | - | | |
| 23. | SUBCONTRACTORS WORK (add lines a - f) | | | 32,313 | |

| | SUMMARY | | | | | |
|---|---|---|---|---|---|---|
| 24. | Prime Contractors Work (from line 10) | | | 38,365 | | |
| 25. | Subcontractors Work (from line 23) | | | 32,313 | | |
| 26. | SUBTOTAL (add lines 24 & 25) | | | | 70,679 | |
| 27. | Prime Overhead on Subcontractor | 11.73% | of line 25 | 3,790 | | |
| 28. | Prime's Home Office Overhead | 11.73% | of line 24 | 4,500 | | |
| 29. | Prime's Profit | 6.00% | of line 26 | 4,241 | | |
| 30. | SUBTOTAL (add lines 26 - 29) | | | | 83,210 | |
| 31. | Prime Contractor's Bond Premium | 0.81% | of line 30 | 674 | | |
| 32. | **TOTAL COST** (add lines 30 & 31) | | | | 83,884 | |

Estimated time extention and justification : 114 Days X 2,796 Amount Per Day

\+ 1,444 CMH

320,202 Total Cost

NOTE : Delays caused by unknown soil conditions, underground utilities disrupting new utilities, CMU expansion joints and Interference by Contractor on concurent Contract.

Calendar Days : N/A

REMARKS :

GLADSTONEII 03785

Contractor shall not preceed with any of the work to included in the modification prior to reciept of an executed modification of contract (SF-39)

Wm. G. Tadlock, Inc. [signature] 19 Feb 99

PRIME CONTRACTOR'S NAME — Steve Tadlock, Vice President — DATE

EXHIBIT E

# 14

DEPARTMENT OF THE NAVY
SOUTHWEST DIVISION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
MCAS MIRAMAR
SAN DIEGO CA 92145-5000

N68711-94-C-1754
Ser 5NM2.KV/1684
17 Aug 99

VIA FACSIMILE

WM. G. TADLOCK, INCORPORATED
9131 Fletcher Parkway, Ste. 124
La Mesa CA 91942

Subj: CONTRACT N68711-94-C-1754; ENLISTED DINING FACILITY, MARINE CORPS AIR STATION, MIRAMAR, SAN DIEGO, CA

Gentlemen:

Since our agreement last winter (follow up partnering and meeting of 12 January) to address time and delay impacts to the subject project, we have experienced repeated setbacks to our negotiation schedule. Your initial proposal submission was delayed 19 days due to Mr. William Tadlock's absence in the month of January. The lack of detail and backup in the initial proposal required our team to conduct a complete review of the daily reports in order to define the impact of changed conditions. This review was completed on 28 April. On that date, a letter was sent to your office asking for clarification on some of the activities of your network that had been changed. We have never received a response to our questions despite sending a letter of reminder on 1 June. On 16 June, negotiations resumed and were to continue the following week, but were canceled by Steve Tadlock due to a back injury. A letter was sent on 7 July requesting that we resume negotiations. On 23 July, Lt Revelas, Project Engineer, contacted Steve Tadlock and made arrangements for a meeting for 29 July. Meetings were conducted on 29 July and 3 August. At the conclusion of the 3 August meeting, Mr. William Tadlock agreed that his Program Manager would provide a revised proposal network on 10 August to allow our Project Engineer to review it prior to the next meeting scheduled on 13 August. To date, this data has not been received.

Additionally, the meeting scheduled for 13 August was moved to 16 August to accommodate Mr. Tadlock's request for the presence of a neutral third party. This meeting was subsequently canceled by Mr. Tadlock. In canceling the 16 August meeting, you did not provide us with a date when you would be prepared to resume negotiations. Please contact the undersigned to arrange for a mutually acceptable meeting date and time.

Sincerely,

K. Valentine
K. Valentine
Contracting Officer

Cy to:
LCDR Angell
Linda Allen
Lt Revelas

GLADSTONEII 01153

Encl 2