IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LESLIE GLADSTONE, AS TRUSTEE OF WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE, | ) | |
| Plaintiff, | ) | 04-1145 C (Judge Nancy Firestone) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

APPENDIX TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

October 20, 2005

Attorneys for Defendant

1

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. N68711-94-B-1754 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3. DATE ISSUED 15 SEP 97 | PAGE OF PAGES 1 OF 5 |
|---|---|---|---|---|

IMPORTANT - The "offer" section on the reverse must be fully completed by the offeror.

| 4. CONTRACT NO. N68711-94-C-1754 | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. P-0005T |
|---|---|---|

| 7. ISSUED BY CODE 521.LM | 8. ADDRESS OFFER TO |
|---|---|
| SOUTHWEST DIVISION Code 521<br>NAVAL FACILITIES ENGINEERING COMMAND<br>CONTRACTS DEPARTMENT<br>1220 PACIFIC HIGHWAY, Building 127<br>SAN DIEGO, CA 92132-5187 | SAME AS BLOCK 7 |

| 9. FOR INFORMATION CALL: ▶ | A. NAME LUCILE MIRANDA | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) 532-3725 |
|---|---|---|

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and offeror" mean bid" and bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

ENLISTED DINING FACILITY, MIRAMAR NAS, SAN DIEGO, CALIFORNIA

NOTE: THERE IS NOW A FEDERAL GOVERNMENT CENTRAL CONTRACTOR REGISTRATION (CCR) DATABASE BEING ESTABLISHED (SEE CONTINUATION PAGE 4 OF 5, PARAGRAPH 8)

NOTE: Bidders must execute Blocks 14 through 20c on reverse (also see Instructions to Bidders).

ANY REFERENCES TO "ADVERTISED" IS HEREBY CHANGED TO READ "SEAL BID."

THIS SOLICITATION PROHIBITS FOREIGN PRODUCTS AND CONSTRUCTIONS MATERIALS TO BE FURNISHED (SEE CONTINUATION PAGE 4 OF 5).

ESTIMATED COST: BETWEEN $5,000,000 AND $10,000,000.

FOR PLANS AND SPECIFICATIONS (619) 532-2082; TECHNICAL INQUIRIES - SEE SF 1442, PAGE 4 OF 5, PARA 1 AND INSTRUCTIONS TO BIDDERS, SECTION 00200 1.13. PRE-BID SITE VISITATION...SEE INSTRUCTIONS TO BIDDERS, SECTION 00200, PARA 1.20, PHONE NUMBER (619) 537-6673.

AWARD OF THIS SOLICITATION SHALL BE MADE PURSUANT TO THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM.

THIS IS A CONSTRUCTION CONTRACT - NET DAYS FOR PAYMENTS (FAR 52.232-27).

11. The Contractor shall begin performance within 15 calendar days and complete it within 395 calendar days after receiving [X] award, [ ] notice to proceed. This performance is [X] mandatory, [ ] negotiable. (See ______.)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.) YES | 12B. CALENDAR DAYS 15 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 2 copies to perform the work required are due at the place specified in Item 8 by 2:00 p.m. (hour) local time 15 OCT 97 (date). If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] not required. in the amount of 20% of the bid, but not to exceed $3,000,000.00.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 90 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.



GLADSTONE II 08418

**OFFER (Must be fully completed by offeror)**

| 14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code) | 15. TELEPHONE NO. (Include area code) |
|---|---|
| Wm. G. Tadlock, Inc.<br>1565 Hillsmont Drive<br>El Cajon, CA 92020 | (619) 442-2502 FAX (619) 441-8964<br>16. REMITTANCE ADDRESS (Include only if different from Item 14) |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within __________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶ SEE CONTINUATION PAGE 3 OF 5

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGEMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 0001 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 10Oct97 | | | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| William G. Tadlock, President | [signature] | 27 Oct. 1997 |

**AWARD (To be completed by Government)**

21. ITEMS ACCEPTED:

SEE ALTERATION PAGE "A"

START DATE: 20 FEB 98
COMPLETION DATE: 22 MAR 99

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $6,008,622.00 | SEE ALTERATION PAGE "A" |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO ☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( ) |
|---|---|---|

| 26. ADMINISTERED BY | 27. PAYMENT WILL BE MADE BY |
|---|---|
| Resident Officer in Charge of Construction<br>BRAC Office, Building M257, Naval Air Station Miramar, San Diego, California 92145-5000 | Defense Finance & Accounting Service<br>Operating Location Oakland, ATTN: FPV<br>PO box 23870, Oakland, Ca 94623-3870; however, submit invoice to the address shown in block 26, marked INVOICE ENCLOSED. |

***CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE***

| 28. NEGOTIATED AGREEMENT | 29. AWARD |
|---|---|
| *(Contractor is required to sign this document and return ___ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference or attached to this contract. | *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual documentation is necessary.<br><br>GLADSTONE II 08419 |

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | | 31A. NAME OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| | | K. H. KENNEDY | |
| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA BY [signature] | 31C. AWARD DATE 2/5/98 |

STANDARD FORM 1442 BACK (REV. 4-85)

DEPARTMENT OF THE NAVY
SOUTHWEST DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
1220 PACIFIC HIGHWAY
SAN DIEGO, CA 92132-5190

4280
Ser 521.LM/029
5 Feb 98

**VIA FACSIMILE TRANSMISSION**

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Wm. G. Tadlock, Inc.
1565 Hillsmont Drive
El Cajon, CA 92020

Gentlemen:

The Government hereby accepts your offer of 27 October 1997, in the amount of $6,008,622.00 for THE ENLISTED DINING FACILITY, MIRAMAR NAS, SAN DIEGO, CALIFORNIA. This price is based on your request for bid correction, dated 29 October 1997, which was approved by Headquarters, Naval Facilities Engineering Command, Alexandria, Virginia in accordance with Base Bid Item 0001 $5,560,371, including bond costs, and Additive Bid Item 0001AA $178,794.00, including bond costs, Additive Bid Item 0001AB $269,457.00, including bond costs, and Amendment 0001 of Invitation for Bids N68711-97-B-1754. The contract completion date will be 22 March 1999 as established in the contract award provided by enclosure (1).

The contractor must submit performance and payment bonds, enclosure (2), to this Command, attention Code 521.LM, within fifteen (15) calendar days from the date of this notice. Approval of performance and payment bonds by this Command is mandatory before commencement of work. No payment may be made under this contract until performance and payment bonds are approved. Upon approval of performance and payments bonds, you will be issued a Notification of Bond Approval. ANY WORK PERFORMED OR COST INCURRED, EITHER ON OR OFF THE SITE, PRIOR TO RECEIPT OF NOTICE OF BOND APPROVAL IS AT THE CONTRACTOR'S OWN RISK. The standard provisions of termination by the Government shall be applicable to this Notice of Award and your right to proceed thereunder.

CDR Ken Gray is the Resident Officer in Charge of Construction, BRAC Office, MCAS Miramar, San Diego, CA. Prior to start of work or incurring of any costs, please call CDR Gray at (619) 537-6196 to arrange for a preconstruction meeting. The purpose of this meeting is to discuss contract administrative procedures

4280
Ser 521.LM/029
5 Feb 1998

Requests for payment should be directed to this Command, via the Resident Officer in Charge of Construction; however, payment will be made by the Defense Finance and Accounting Service, Operating Location Oakland, Attn: Code FPV, P. O. Box 23870, Oakland, CA 94623-3870.

Sincerely,

K. H. KENNEDY
Contracting Officer

Encl:
(1) Construction Award SF 1442

APPROPRIATIONS CHARGEABLE: AA 17 98021205 2581 0252
11211 0 068711 2A 000000 AA000R024986 $6,008,622.00

FIS No. B02337

Blind copy to:
Lt Col MARTIN
(BRAC, MIRAMAR)
0131 w/SF 1442
03CN (John Phillips)
521.JW (John Wootton) w/SF 1442
52MO w/SF 1442
520.AH (Ana Hough)
0212 - Plan Issue (ltr & SF1442)
Code 5717.JB (J. Bonaparte) w/SF 1442
09J (Frances Hunter)
521.LM (w/copy orig sign)
Writer/Typist: Lucy Miranda; 521.LM; 2-3725; L. Miranda, Code 521, x23725;01/14/98; Filename: 1754.awd

57CSS.KK

521.LM

521.PH

# 2

RFI #001

# FIELD NOTICE

(Limit each notice to one subject)
[Request for Information (RFI)]

RECEIVED
ROICC MIRAMAR
20 MAR 98 15 54

**Wm. G. Tadlock, Inc.**
1565 Hillsmont Dr. El Cajon, Ca. 92020
(619)442-2502 Fax (619) 441-8964

Date: 03/12/98

Notice Number: 01

TO: RESIDENT OFFICER IN CHARGE OF COSTRUCTION
MARINE CORPS AIR SATION, MIRAMAR
FAX:
ATTN: MIKE MCGAW

PROJECT: ENLISTED DINNING FACILITY
CONTRACT N68711-94-C-1754
FROM: WM. G TADLOCK

REGARDING:

- [ ] for your information
- [X] differing site conditions (FAR 52.236-27)
- [ ] request for clarification
- [ ] (other):

REFERENCE: (Drawing Page and / or Specification Section)
DRAWING SHEET GT-1, SPECIFICATION 02302.1.5.C

DESCRIPTION:

"CEMENTED" MATERIAL IS MORE EXTENSIVE THAN, THAT IS INDICATED BY BORING LOGS SHOWN ON GT-1,

ATTACHED REPORT FROM CONSTRUCTION TESTING 03/10/98

A response to this Field Notice is required by: _X_ See attach letter

RECEIPT OF THIS FIELD NOTICE IS ACKNOWLEDGED BY:

DATE:

~~A/E~~ Recommendation BY ROICC

KEEP RECORDS OF LABOR & EQUIPMENT DURING EXCAVATION THROUGH CONGLOMERATE. EXTRA COSTS WILL BE NEGOTIATED FOR WORK IN AREAS WHERE GT LOGS DO NOT INDICATE CONGLOMERATE SHOULD BE ANTICIPATED.

BY: DATE.

ROICC ENDORSEMENT / RESPONSE

Concur with A-E Y/N Mod required (Y)/N (Cost)/no cost PC # 003 Reason Code UNFO

AROICC / AREICC [signature] DATE: 5/11/98

Submit proposal per A-E scope above NLT 6/01/98 / Scope and RFP to follow

Scope meeting requested on at

Contracting Officer DATE:

Copy to: Project Engineer File A/E 06 APRIL 98
X CQC

# 3

1.2.8 Excavation

The removal of soil, rock, or hard material to obtain a specified depth or elevation.

1.2.9 Fill

Specified material placed at a specified degree of compaction to obtain an indicated grade or elevation.

1.2.10 Hard Material

Weathered rock, dense consolidated deposits or conglomerate materials, (excluding manmade materials such as concrete) which are not included in the definition of "rock" but which usually require the use of heavy excavation equipment with ripper teeth or the use of jack hammers for removal. Material indicated in the soil boring logs as having a standard penetration resistance as determined by ASTM D 1586 of 60 or greater per 300 mm is arbitrarily defined herein as "Hard Material."

1.2.11 In Situ Soil

Existing in place soil.

1.2.12 Lift

A layer (or course) of soil placed on top of a previously prepared or placed soil.

1.2.13 Rock

Solid, homogeneous, interlocking crystalline material with firmly cemented, laminated, or foliated masses or conglomerate deposits, neither of which can be removed without systematic drilling and blasting, drilling and the use of expansion jacks or feather wedges, or the use of backhoe-mounted pneumatic hole punchers or rock breakers; also large boulders, buried masonry, or concrete other than pavement, exceeding 0.8 cubic meter in volume. Material indicated in the soil boring logs as having a standard penetration resistance as determined by ASTM D 1586 greater than 600 blows per 300 mm is arbitrarily defined herein as "Rock." Removal of "hard material" will not be considered rock excavation because of intermittent drilling and blasting that is performed merely to increase production.

1.2.14 Soil

The surface material of the earth's crust resulting from the chemical and mechanical weathering of rock and organic material.

1.2.15 Subgrade

The material in excavation (cuts) and fills (embankments) immediately below any subbase, base, pavement, or other improvement. Also, as a secondary definition, the level below which work above is referenced.

1.2.16 Topsoil

In natural or undisturbed soil formations, the fine-grained, weathered material on the surface or directly below any loose or partially decomposed organic matter. Topsoil may be a dark-colored, fine, silty, or sandy

1.2.3 Cohesionless Materials

Cohesionless materials include materials classified by ASTM D 2487 as GW, GP, SW, and SP. Materials classified as GM and SM will be identified as cohesionless only when the fines have a plasticity index of zero and are reported as NP (nonplastic) when tested in accordance with ASTM D 4318.

1.2.4 Compaction

The process of mechanically stabilizing a material by increasing its density at a controlled moisture condition. "Degree of Compaction" is expressed as a percentage of the maximum density obtained by the test procedure described in ASTM D 1557 for general soil types or ASTM D 4253 or ASTM D 4254 (Relative Density) for isolated cohesionless materials, abbreviated in this specification as "_____ percent ASTM D _____ maximum density".

1.2.5 Granular Pipe Bedding

A dense, well-graded aggregate mixture of sand, gravel, or crushed stone (mixed individually, in combination with each other, or with suitable binder soil) placed on a subgrade to provide a suitable foundation for pipe. Granular bedding material may also consist of poorly graded sands or gravels where fast draining soil characteristics are desired.

1.2.6 Hard Material

Weathered rock, dense consolidated deposits or conglomerate materials, (excluding manmade materials such as concrete) which are not included in the definition of "rock" but which usually require the use of heavy excavation equipment with ripper teeth or the use of jack hammers for removal. Material indicated in the soil boring logs as having a standard penetration resistance as determined by ASTM D 1586 of 60 or greater per 300 mm is arbitrarily defined herein as "Hard Material."

1.2.7 In-Situ Soil

Existing in place soil.

1.2.8 Lift

A layer (or course) of soil placed on top of subgrade or a previously prepared or placed soil in a fill or backfill.

1.2.9 Refill

Material placed in excavation to correct overcut in depth.

1.2.10 Rock

Solid homogeneous interlocking crystalline material with firmly cemented, laminated, or foliated masses or conglomerate deposits, neither of which can be removed without systematic drilling and blasting, drilling and the use of expansion jacks or feather wedges, or the use of backhoe-mounted pneumatic hole punchers or rock breakers; also large boulders, buried masonry, or concrete other than pavement exceeding 0.38 cubic meter in volume. Removal of "hard material" will not be considered rock excavation because of intermittent drilling and blasting that is performed merely to increase production. Material identified in the soil boring logs as having

4

To: Daniel J Rawn@Team Miramar
From: Michael R McGaw@Team Miramar
Cc:
Bcc:
Subject: Enlisted Dining 12kv power adjacent to Polaris
Attachment:
Date: 3/9/98 2:12 PM

I believe we have discovered an existing 12kv ductbank not shown on our plans. I am E-Mailing you a drawing showing a line from C1-E24-2 North of Jupiter to C1-F24-1 near Bldg. 640 and 25' East of Polaris. Kiet Do found it and says it is to eventually be abandoned under the Helix contract. However, now it is hot and under the building footprint. Please advise.