# In the United States Court of Federal Claims

**No. 04-1145C**
**(Filed: October 24, 2005)**

* * * * * * * * * * * * * * * * *

**LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

The court is in receipt of defendant's motion, filed October 20, 2005, for leave to file the appendix to its reply in support of its motion for partial summary judgment. The court is also in receipt of defendant's second motion, filed October 21, 2005, for leave to file a corrected appendix to its reply.

The defendant's second motion, filed October 21, 2005, for leave to file the appendix is **GRANTED** and defendant's first motion for leave is **DENIED** as moot.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink