# In the United States Court of Federal Claims

**No. 04-1145C**
**(Filed: March 16, 2006)**

* * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the plaintiff's status report, filed March 10, 2006, indicating that the parties have agreed to the terms of settlement. Defendant has signed the agreement and plaintiff is in the process of obtaining final approval of the settlement agreement from the Bankruptcy Court. Accordingly, the above-captioned case is **STAYED**. The parties shall file either a joint status report or a stipulations of voluntary dismissal by **Tuesday, June 13, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink